LYSSA S. ANDERSON
Nevada Bar No. 5781
RYAN W. DANIELS
Nevada Bar No. 13094
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone: (702) 792-7000
Fax: (702) 796-7181
landerson@kcnvlaw.com
rdaniels@kcnvlaw.com

*Attorneys for Defendant*
*Las Vegas Metropolitan Police Department,*
*Fred Merrick and Lora Cody*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KEYHERRA GREEN, <br><br> Plaintiff, <br><br> vs. <br><br> LAS VEGAS METROPOLITAN POLICE DEPARTMENT; FRED MERRICK; LORA CODY; and DOES 1-10, inclusive, <br><br> Defendants. | Case No. 2:20-cv-00769-APG-DJA <br><br> **STIPULATION, REQUEST AND ORDER EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S AMENDED COMPLAINT** <br> (First Request) |

Defendants, Las Vegas Metropolitan Police Department, Fred Merrick and Lora Cody ("LVMPD Defendants"), by and through their counsel, Kaempfer Crowell, and Plaintiff, Keyherra Green ("Plaintiff"), by and through her counsel, Peter Goldstein, hereby respectfully submit this Stipulation, Request and Order Extending Time to Answer or Otherwise Respond to Plaintiff's Complaint (the "Stipulation"). This Stipulation is made in accordance with LR 6-1, LR 6-2, and LR II 7-1 of the Local Rules of this Court. This is the first request for an extension of time to file an answer or otherwise respond to Plaintiff's Amended Complaint.

LVMPD Defendants have already Answered Plaintiff's Complaint and were served with

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

2603099_1.docx 6943.212

Page 1 of 2

Plaintiff's Amended Complaint when it was filed on July 22, 2020. The instant extension is requested as LVMPD Defendants' Counsel requires additional time to prepare a responsive pleading to the Plaintiff's Amended Complaint.

Upon agreement by and between all the parties hereto as set forth herein, the undersigned respectfully requests this Court grant an extension of time, up to and including August 11, 2020, for LVMPD Defendants to file an answer or otherwise respond to Plaintiff's Amended Complaint. By entering into this Stipulation, none of the parties waive any rights they have under statute, law or rule with respect to Plaintiff's Amended Complaint.

DATED this 6th day of August, 2020.

| KAEMPFER CROWELL | PETER GOLDSTEIN LAW CORP |
|---|---|
| By: /s/ *Lyssa S. Anderson*<br>LYSSA S. ANDERSON<br>Nevada Bar No. 5781<br>RYAN W. DANIELS<br>Nevada Bar No. 13094<br>1980 Festival Plaza Drive<br>Suite 650<br>Las Vegas, Nevada 89135<br>**Attorneys for Defendant**<br>**Las Vegas Metropolitan Police**<br>**Department, Fred Merrick; and**<br>**Lora Cody** | By: /s/ *Peter Goldstein*<br>Peter Goldstein<br>Nevada Bar No. 6992<br>10161 Park Run Dr., Ste. 150<br>Las Vegas, NV 89145<br>– *and* –<br>MALCOM P. LAVERGNE & ASSOC.<br>Malcom P. LaVergne<br>Nevada Bar No. 10121<br>400 S. Fourth St.<br>Las Vegas, NV 89101<br>**Attorneys for Plaintiff** |

**ORDER**

IT IS SO ORDERED.

UNITED STATES MAGISTRATE JUDGE

Dated: August 10, 2020

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

2603099_1.docx  6943.212

Page 2 of 2