LYSSA S. ANDERSON
Nevada Bar No. 5781
RYAN W. DANIELS
Nevada Bar No. 13094
KRISTOPHER J. KALKOWSKI
Nevada Bar No. 14892
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada  89135
Telephone:   (702) 792-7000
Fax:             (702) 796-7181
landerson@kcnvlaw.com
rdaniels@kcnvlaw.com
kkalkowski@kcnvlaw.com

*Attorneys for Defendants*
*Las Vegas Metropolitan Police Department,*
*Fred Merrick; and Lora Cody*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KEYHERRA GREEN , <br><br> Plaintiff, <br><br> vs. <br><br> LAS VEGAS METROPOLITAN POLICE DEPARTMENT; FRED MERRICK; LORA CODY; and DOES 1-10, inclusive, <br><br> Defendants. | Case No.   2:20-cv-00769-KJD-DJA <br><br> **STIPULATION TO EXTEND DISCOVERY** <br><br> **(First Request)** |

IT IS HEREBY STIPULATED AND AGREED between the parties that the discovery cut-off date of February 8, 2021, be continued for a period of sixty (60) days up to and including **April 9, 2021**, for the purpose of allowing the parties to complete written discovery, disclose expert witnesses, and take depositions of the parties.

/ / /

/ / /

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

2683251_1.docx  6943.212

Page 1 of 5

## I. DISCOVERY COMPLETED TO DATE

The parties have exchanged their initial Rule 26 Disclosures: by LVMPD Defendants on August 10, 2020; by Defendant NaphCare on August 24, 2020; and by Plaintiff on August 26, 2020. LVMPD Defendants have also provided their first supplemental Rule 26 Disclosures to Plaintiff; disclosing nearly 1000 pages of documents, photographs and videos relating to a homicide investigation. LVMPD Defendants and Defendant NaphCare have responded to Plaintiff's First Interrogatories, Requests for Admissions and Requests for Production of Documents.

## II. DISCOVERY YET TO BE COMPLETED

The LVMPD Defendants and Defendant NaphCare are currently preparing their initial written discovery requests to Plaintiff. The LVMPD Defendants may serve third-party subpoenas. The parties will retain and disclose expert reports and any necessary rebuttal expert disclosures. The depositions of the parties and experts will be taken.

## III. REASONS WHY REMAINING DISCOVERY HAS NOT BEEN COMPLETED

The parties have been diligent in conducting discovery in this matter. However, the allegations in this case concern a matter in which Plaintiff alleges she was wrongfully arrested for homicide in 2018. As such, there are complex issues about a nearly three year old homicide investigation, the arrest of Plaintiff and the later arrest of another suspect. It has taken considerable time to gather the materials related to the case and then determine which materials could be disclosed pertaining to third-parties[1]. Because of the complexity of this case additional time is needed to complete discovery. Additionally, Plaintiff filed a Motion for leave to file Second Amended Complaint on 11/9/2020 which will be refiled pursuant to a stipulation adding

---

[1] It the position of the LVMPD Defendants that certain documents related to the investigation and later arrest of a third-party suspect cannot be disseminated pursuant to NRS 179A.

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

2683251_1.docx 6943.212

Page 2 of 5

three individual NaphCare affiliated Defendants.

**PROPOSED EXTENDED DEADLINES**

The parties respectfully request this Court enter an order as follows:

**(A)    Discovery Deadline.**

The current discovery cut-off date of February 8, 2021, should be extended for a period of sixty (60) days, up to and including **April 9, 2021**.

**(B)    Experts and Rebuttal Experts.**

The parties shall disclosed expert reports sixty (60) days before the close of discovery on or before **February 8, 2021**. The parties will disclose rebuttal experts thirty (30) days prior to the close of discovery, or by **March 10, 2021**.

**(C)    Dispositive Motions.**

All pretrial motions, including but not limited to, discovery motions, motions to dismiss, motions for summary judgment, and all other dispositive motions shall be filed and served no later than thirty (30) days after the close of discovery, or by **May 10, 2021**.

**(D)    Motions in Limine/*Daubert* Motions.**

Under LR 16-3(b), any motions in limine, including *Daubert* motions, shall be filed and served 30 days prior to the commencement of Trial.  Oppositions shall be filed and served and the motion submitted for decision 14 days thereafter.  Reply briefs will be allowed only with leave of the Court.

**(E)    Pretrial Order.**

Pursuant to LR 26(1)(e)(5), the Joint Pretrial Order shall be filed with this Court no later than thirty (30) days after the date set for filing dispositive motions, or by **June 9, 2021**, unless dispositive motions are filed, in which case the date for filing the Joint Pretrial Order shall be suspended until 30 days after the decision on the dispositive motions or further order of this

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

2683251_1.docx  6943.212

Page 3 of 5

Court.  The disclosures required by Fed. R. Civ. P. 26(a)(3) and any objections shall be included in the final pretrial order.

**(F)     Extensions or Modification of the Discovery Plan and Scheduling Order.**

In accordance with LR ~~26-4~~ 26-3, applications to extend any date set by the discovery plan, scheduling order, or other order must, in addition to satisfying the requirements of LR 6-1, be supported by a showing of good cause for the extension.  All motions or stipulations to extend a deadline set forth in a discovery plan shall be received by the Court not later than 21 days before the expiration of the subject deadline.  A request made after the expiration of the subject deadline shall not be granted unless the movant demonstrates that the failure to set was the result of excusable neglect.  Any motion or stipulation to extend a deadline or to reopen discovery shall include:

(a)     A statement specifying the discovery completed;

(b)     A specific description of the discovery that remains to be completed;

(c)     The reasons why the deadline was not satisfied or the remaining discovery was not completed within the time limits set by the discovery plan; and

(d)     A proposed scheduled for completing all discovery.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

2683251_1.docx  6943.212

Page 4 of 5

This request for an extension is made in good faith and joined by all the parties in this case. The Request is timely pursuant to LR ~~26-4~~ 26-3. Trial is not yet set in this matter and dispositive motions have not yet been filed. Accordingly, this extension will not delay this case. Moreover, since this request is a joint request, neither party will be prejudiced. The extension will allow the parties the necessary time to complete discovery.

DATED this <u>19th</u> day of November, 2020.

KAEMPFER CROWELL

By: /s/ *Lyssa S. Anderson*
    LYSSA S. ANDERSON
    Nevada Bar No. 5781
    RYAN W. DANIELS
    Nevada Bar No. 13094
    1980 Festival Plaza Drive
    Suite 650
    Las Vegas, Nevada 89135
***Attorneys for Defendant Las Vegas Metropolitan Police Department, Fred Merrick; and Lora Cody***

PETER GOLDSTEIN LAW CORP

By: /s/ *Peter Goldstein*
    Peter Goldstein
    Nevada Bar No. 6992
    10161 Park Run Dr., Ste. 150
    Las Vegas, NV 89145
    – *and* –
    MALCOM P. LAVERGNE & ASSOC.
    Malcom P. LaVergne
    Nevada Bar No. 10121
    400 S. Fourth St.
    Las Vegas, NV 89101
***Attorneys for Plaintiff***

LEWIS BRISBOIS BISGAARD & SMITH

By: /s/ *Katherine J. Gordon*
    S. Brent Vogel, Esq.
    Nevada Bar No. 6858
    Katherine J. Gordon, Esq.
    Nevada Bar No. 5813
    6385 S. Rainbow Blvd. Suite 600
    Las Vegas, NV 89118
***Attorney for Defendant NaphCare, Inc.***

**IT IS SO ORDERED.**

DATED this <u>20th</u> day of November, 2020.

_____
UNITED STATES MAGISTRATE JUDGE

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

2683251_1.docx  6943.212

Page 5 of 5