S. BRENT VOGEL
Nevada Bar No. 6858
Brent.Vogel@lewisbrisbois.com
KATHERINE J. GORDON
Nevada Bar No. 5813
Katherine.Gordon@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: 702.893.3383
Facsimile: 702.893.3789

*Attorneys for Defendants NaphCare, Inc., Menenlyn Elizan, Ray Montenegro, and Gwendolyn Myers*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| KEYHERRA GREEN,<br><br>             Plaintiff,<br><br>       vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada and the County of Clark and operating CLARK COUNTY DETENTION CENTER (CCDC); NAPHCARE, INC., a foreign corporation, doing business in State of Nevada and is the Medical Care Provider for the Clark County Detention Center; FRED MERRICK; LORA CODY; MENENLYN ELIZAN; RAY MONTENEGRO; GWENDOLYN MYERS; and DOES 4-10, inclusive,<br><br>             Defendants. | Case No. 2:20-cv-00769-KJD-DJA<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF PLAINTIFF'S CLAIMS AGAINST DEFENDANTS NAPHCARE, INC., MENENLYN ELIZAN, RAY MONTENEGRO, AND GWENDOLYN MYERS** |

IT IS HEREBY STIPULATED AND AGREED between Plaintiff KEYHERRA GREEN ("Plaintiff") by and through her counsel Peter Goldstein of PETER GOLDSTEIN LAW CORP., and Defendants NAPHCARE, INC., MENENLYN ELIZAN, RAY MONTENEGRO, and GWENDOLYN MYERS ("Defendants") by and through their counsel Katherine J. Gordon of LEWIS BRISBOIS BISGAARD & SMITH LLP, that Plaintiff's claims against Defendants in the

4840-3153-4791.1

above-entitled action shall be dismissed in their entirety with prejudice, each party is to bear its own attorney's fees and costs.

| | |
|---|---|
| Dated this 11th day of March 2021. | Dated this 11th day of March 2021. |
| PETER GOLDSTEIN LAW CORP. | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| By: /s/ Peter Goldstein<br>Peter Goldstein, Esq.<br>Nevada Bar No. 6992<br>10161 Park Run Dr., Suite 150<br>Las Vegas, NV 89145<br>*Attorney for Plaintiff* | By: /s/ Katherine Gordon<br>Katherine J. Gordon, Esq.<br>Nevada Bar No. 5813<br>6385 S. Rainbow Boulevard, Suite 600<br>Las Vegas, Nevada 89118<br>*Attorneys for Defendants NaphCare, Inc., Menenlyn Elizan, Ray Montenegro, and Gwendolyn Myers* |

## **ORDER**

Upon stipulation of the parties, by and through their respective counsel of record:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiff's claims against Defendants NaphCare, Inc., Menenlyn Elizan, Ray Montenegro, and Gwendolyn Myers in the above-entitled matter are hereby dismissed with prejudice, each party to bear its own costs and attorney's fees.

Dated this 12th day of March, 2021.

_____
DISTRICT COURT JUDGE

Respectfully Submitted by:

LEWIS BRISBOIS BISGAARD & SMITH  LLP

By: /s/ Katherine Gordon
Katherine J. Gordon, Esq.
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendants NaphCare, Inc., Menenlyn Elizan, Ray Montenegro, and Gwendolyn Myers*

# CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of March 2021, a true and correct copy of **STIPULATION AND ORDER FOR DISMISSAL OF PLAINTIFF'S CLAIMS AGAINST DEFENDANTS NAPHCARE, INC., MENENLYN ELIZAN, RAY MONTENEGRO, AND GWENDOLYN MYERS,** was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

Peter Goldstein, Esq.
PETER GOLDSTEIN LAW CORP
10161 Park Run Dr., Suite 150
Las Vegas, NV 89145
Tel: 702.474.6400
Fax: 888.400.8799
peter@petergoldsteinlaw.com
*Attorneys for Plaintiff*

Malcolm P. LaVergne, Esq.
400 S. 4th St., Suite 500
Las Vegas, NV 89101
Tel: 702.448.7981
Fax: 702.966.3117
mlavergne@lavergnelaw.com
*Attorneys for Plaintiff*

Lyssa S. Anderson, Esq.
Ryan W. Daniels, Esq.
KAEMPFER CROWELL
1980 Festival Plaza Dr., Suite 650
Las Vegas, NV 89135
Tel: 702.792.7000
Fax: 702.796.7181
landerson@kcnvlaw.com
rdaniels@kcnvlaw.com
*Attorneys for Defendants Las Vegas Metropolitan Police Department, Fred Merrick and Lora Cody*

By   /s/ *Roya Rokni*
an Employee of
LEWIS BRISBOIS BISGAARD & SMITH LLP

4840-3153-4791.1

3