Peter Goldstein [SBN 6992]
PETER GOLDSTEIN LAW CORP
peter@petergoldsteinlaw.com
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone:    (702) 474-6400
Facsimile:    (888) 400-8799

Malcolm P. LaVergne [SBN 10121]
mlavergne@lavergnelaw.com
400 South 4th Street, Suite 500
Las Vegas, Nevada 89101
Telephone:    (702)448-7981
Facsimile:    (702)966-3117

*Attorney for Plaintiff*
*KEYHERRA GREEN*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KEYHERRA GREEN, <br><br> Plaintiff, <br><br> vs. <br><br> LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada and the County of Clark and operating CLARK COUNTY DETENTION CENTER (CCDC); NAPHCARE, INC., a foreign corporation, doing business in State of Nevada and is the Medical Care Provider for the Clark County Detention Center; FRED MERRICK; LORA CODY; MENENLYN ELIZAN; RAY MONTENEGRO; GWENDOLYN MYERS; and DOES 4-10, inclusive, <br><br> Defendants. | Case No. 2:20-cv-00769-KJD-DJA <br><br> **STIPULATION TO EXTEND DISCOVERY** <br><br> **(Fourth Request)** |

IT IS HEREBY STIPULATED AND AGREED between the parties that: the discovery cut-off of October 6, 2021, be continued for a period of thirty (30) days up to and including, **November 5, 2021**, for the purpose of allowing the parties to complete written discovery, take depositions of the parties and Rule 30(b)(6) witnesses and disclose expert/rebuttal expert witnesses; and so that other deadlines be adjusted accordingly, as set forth herein.

1

**I.     DISCOVERY COMPLETED TO DATE**

The parties have exchanged their initial Rule 26 Disclosures and multiple Supplemental Disclosures. Plaintiff has responded to written discovery (Interrogatories, Requests for Admissions, Requests for Production of Documents) propounded by each of the Defendants. Each Defendant has responded to numerous written discovery requests from Plaintiff. Currently the parties are attempting to resolve a discovery dispute about the production of certain documents. Defendants filed a Motion for Protective Order on June 11, 2021, Plaintiff's response was filed on June 25, 2021, and Defendants filed a Reply on July 2, 2021. The parties are waiting on the Court's Ruling.

The deposition of Defendant Merrick has been taken. The LVMPD Defendants served numerous third-party subpoenas; many out of state.

**II.    DISCOVERY YET TO BE COMPLETED**

As stated above, the parties are currently trying to resolve a discovery dispute over privileged and confidential materials. A Motion for Protective Order has been filed with the court, along with the response and reply and the parties are waiting upon the Court's ruling. In addition, the LVMPD Defendants are still attempting to obtain responses to various out of state subpoenas.

The depositions of Defendant Cody and Plaintiff still need to be taken. Thereafter, additional third party depositions may be noticed.

**III.   REASONS WHY REMAINING DISCOVERY HAS NOT BEEN COMPLETED**

The parties have been diligent in their attempts to complete discovery, however, more time is needed. The discovery in this case has been more voluminous than initially anticipated by the parties. Defendants have raised claims of privilege and confidentiality-based objections. Also, the parties have been occupied with other matters, including motion practice in this case. Among other things, Defendants filed a Motion for Judgment on the Pleadings on July 2, 2021, Plaintiff filed her response on July 9, 2021 and Defendants' filed their Reply on July 16, 2021. No ruling has yet been issued. The motion practice has temporarily diverted the parties' resources from discovery.

This Request is being made at this time so that it is timely and because retained experts will need discovery materials to provide initial reports.

///

IV.     ~~PROPOSED~~ EXTENDED DEADLINES

The parties respectfully request this Court enter an order as follows:

**(A)     Discovery Deadline.**

The current discovery cut-off date of October 6, 2021, should be extended for a period of thirty (30) days, up to and including **November 5, 2021.**

**(B)     Experts and Rebuttal Experts**.

The parties shall disclose expert reports sixty (60) days before the close of discovery, on or before **September 7, 2021** (60 days before the close of discovery is September 6, 2021, a holiday, therefore, the deadline would be the following business day). The parties will disclose rebuttal experts (30) days prior to the close of discovery on **October 6, 2021.**

**(C)     Dispositive Motions**.

All pretrial motions, including but not limited to, discovery motions, motions to dismiss, motions for summary judgment, and all other dispositive motions shall be filed and served no later than thirty (30) days after the close of discovery, or by **December 6, 2021** (30 days after the close of discovery is December 5, 2021, a Sunday, therefore, the deadline would be the following business day).

**(D)     Motions in Limine/*Daubert* Motions.**

Under LR 16-3(b), any motions in limine, including *Daubert* motions, shall be filed and served thirty (30) days prior to the commencement of Trial. Oppositions shall be filed and served and the motion submitted for decision fourteen (14) days thereafter. Reply briefs will be allowed only with leave of the Court.

**(E)     Pretrial Order.**

Pursuant to LR 26(1)(e)(5), the Joint Pretrial Order shall be filed with this Court no later than thirty (30) days after the date set for filing dispositive motions, or by **January 5, 2022,** unless dispositive motions are filed, in which case the date for filing the Joint Pretrial Order shall be suspended until thirty (30) days after the decision on the dispositive motions or further order of this Court. The disclosures required by Fed. R. Civ. P. 26(a)(3) and any objections shall be included in the final pretrial order.

1       This request for an extension is made in good faith and joined by all the parties in this case.

2 The request is timely pursuant to LR ~~26-4~~ 26-3.  Trial is not yet set in this matter and dispositive motions

3 have not yet been filed.  Accordingly, this extension will not delay the case.  Moreover, since this

4 request is a joint request, neither party will be prejudiced.  The extension will allow the parties the

5 necessary time to complete discovery.

6       DATED this 27th day of July 2021.

7 PETER GOLDSTEIN LAW CORP       KAEMPFER CROWELL

8 By:  /s/ Peter Goldstein                By:  /s/ Lyssa S. Anderson
     Peter Goldstein                                  Lyssa S. Anderson
     Nevada Bar No. 6992                      Nevada Bar No. 5781
     10161 Park Run Drive, Suite 150       Ryan W. Daniels
     Las Vegas, Nevada 89145            Nevada Bar No. 13094
     -and-                                          1980 Festival Plaza Drive, Suite 650
     MALCOM P. LAVERGNE & ASSOC.    Las Vegas, Nevada 89135
     Malcom P. LaVergne                  ***Attorneys for Defendants***
     Nevada Bar No. 10121                 ***Las Vegas Metropolitan Police***
     400 South Fourth Street              ***Department, Fred Merrick and***
     Las Vegas, Nevada 89101             ***Lora Cody***
     ***Attorneys for Plaintiff***

17 **IT IS SO ORDERED**

18 DATED this  28th  day of July 2021.

                                                       DANIEL J. ALBREGTS
                                                       UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**

I am employed in the County of Clark, State of Nevada. I am over the age of eighteen years and not a party to the within action; my business address is 10161 Park Run Drive, Suite 150, Las Vegas, Nevada 89145.

I hereby certify that on this 27th day of July, 2021, a true and correct copy of the following document **STIPULATION TO EXTEND DISCOVERY (Fourth Request)** was served by electronically filing with the Court's CM/ECF electronic filing system to the following parties:

> Lyssa S. Anderson, Esq.
> Ryan W. Daniels, Esq.
> Kristopher Kalkowski, Esq.
> Erika Parker, Esq.
> Joseph Dagher, Esq.
> KAEMPFER CROWELL
> 1980 Festival Plaza Drive, Suite 650
> Las Vegas, Nevada 89135
> Telephone:    (702) 792-7000
> Facsimile:    (702) 796-7181
> Email: landerson@kcnvlaw.com
> rdaniels@kcnvlaw.com
> EParker@kcnvlaw.com
> JDagher@kcnvlaw.com
> wapplegate@kcnvlaw.com
> kkalkowski@kcnvlaw.com
> BJacobs@kcnvlaw.com
> *Attorneys for Defendants*
> *Las Vegas Metropolitan Police Department,*
> *Fred Merrick and Lora Cody*

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

By: /s/ Toni Desai
An Employee of Peter Goldstein Law Corp

5