LYSSA S. ANDERSON
Nevada Bar No. 5781
RYAN W. DANIELS
Nevada Bar No. 13094
KRISTOPHER J. KALKOWSKI
Nevada Bar No. 14892
JOSEPH E. DAGHER
Nevada Bar No.
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada  89135
Telephone:   (702) 792-7000
Fax:             (702) 796-7181
landerson@kcnvlaw.com
rdaniels@kcnvlaw.com
kkalkowski@kcnvlaw.com
jdagher@kcnvlaw.com

*Attorneys for Defendants
Las Vegas Metropolitan Police Department,
Fred Merrick; and Lora Cody*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KEYHERRA GREEN, | Case No.   2:20-cv-00769-KJD-DJA |
| Plaintiff, | |
| vs. | **STIPULATION TO EXTEND DISCOVERY [EXPERT DISCLOSURE DEADLINE]** |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT; FRED MERRICK; LORA CODY; and DOES 1-10, inclusive, | |
| Defendants. | **(Sixth Request)** |

IT IS HEREBY STIPULATED AND AGREED between the parties that the current deadline for disclosure of experts, be continued for a period of sixty (60) days up to and including January 4, 2022, for the purpose of allowing the parties to finish responding to written discovery, to allow for responses to various third-parties and to finish taking the depositions of the parties. Experts will need additional time to review the materials and prepare their expert reports.

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

2948720_1.docx  6943.212

Page 1 of 5

I.  **DISCOVERY COMPLETED TO DATE**

The parties have exchanged their initial Rule 26 Disclosures and multiple Supplemental Disclosures.  Plaintiff has responded to written discovery (Interrogatories, Requests for Admissions, Requests for Production of Documents) propounded by each of the Defendants.  Each Defendant has responded to numerous written discovery requests from Plaintiff.  The parties had discovery disputes and LVMPD Defendants filed a Motion for Protective Order which this Court granted.  [ECF No. 60].

The deposition of Defendant Merrick has been taken.  The LVMPD Defendants served numerous third-party subpoenas; many out of state which responses were received and supplemental disclosures were made.  The LVMPD Defendants recently served additional Subpoenas to more out of state third-parties and are waiting for responses.

II.  **DISCOVERY YET TO BE COMPLETED**

The LVMPD Defendants will be reviewing all of their prior discovery responses and providing any outstanding information/documents to Plaintiff after an agreement between Counsel.  The LVMPD Defendants are waiting for responses to out of state third-party Subpoenas served.

The depositions of Defendant Cody and Plaintiff still need to be taken, as well as 30(b)(6) deposition(s). Counsel will be discussing availability and possible dates for depositions directly.

Upon receipt of additional materials and deposition transcripts, the parties' experts will prepare their reports and they will be disclosed.

III.  **REASONS WHY REMAINING DISCOVERY HAS NOT BEEN COMPLETED**

As this Court is well aware of the history concerning discovery in this matter, it is aware that substantial discovery has been conducted.  However, due to deadlines in other non-related matters as well as preparing for multiple Trials in other cases, there has been some delay in finalizing discovery that is needed for experts to review and finalize their reports.  Because of this

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

2948720_1.docx  6943.212

Page 2 of 5

the parties are presently seeking an extension of only the expert disclosure deadline. Should the parties require additional time to complete discovery generally, they will request it at a later date.

**PROPOSED EXTENDED DEADLINES**

The parties respectfully request this Court enter an order as follows:

**(A)     Discovery Deadline.**

The parties do not seek an extension of this deadline and it shall remain to be **January 4, 2022**.

**(B)     Experts and Rebuttal Experts.**

The parties shall disclose expert reports on or before **January 4, 2022**. The parties will seek an extension of the deadline to disclose rebuttal experts at a later date if necessary.

**(C)     Dispositive Motions.**

The parties are not currently seeking an extension of this deadline. All pretrial motions, including but not limited to, discovery motions, motions to dismiss, motions for summary judgment, and all other dispositive motions shall be filed and served no later than thirty (30) days after the close of discovery, or by **February 3, 2022**.

**(D)     Motions in Limine/*Daubert* Motions.**

Under LR 16-3(b), any motions in limine, including *Daubert* motions, shall be filed and served 30 days prior to the commencement of Trial. Oppositions shall be filed and served and the motion submitted for decision 14 days thereafter. Reply briefs will be allowed only with leave of the Court.

**(E)     Pretrial Order.**

The parties are not currently seeking an extension of this deadline. Pursuant to LR 26(1)(e)(5), the Joint Pretrial Order shall be filed with this Court no later than thirty (30) days after the date set for filing dispositive motions, or by **March 7, 2022**, unless dispositive motions are

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

2948720_1.docx  6943.212

Page 3 of 5

filed, in which case the date for filing the Joint Pretrial Order shall be suspended until 30 days after the decision on the dispositive motions or further order of this Court. The disclosures required by Fed. R. Civ. P. 26(a)(3) and any objections shall be included in the final pretrial order.

**(F)   Extensions or Modification of the Discovery Plan and Scheduling Order.**

In accordance with LR 26-3 ~~26-4~~, applications to extend any date set by the discovery plan, scheduling order, or other order must, in addition to satisfying the requirements of LR 6-1, be supported by a showing of good cause for the extension. All motions or stipulations to extend a deadline set forth in a discovery plan shall be received by the Court not later than 21 days before the expiration of the subject deadline. A request made after the expiration of the subject deadline shall not be granted unless the movant demonstrates that the failure to set was the result of excusable neglect. Any motion or stipulation to extend a deadline or to reopen discovery shall include:

(a)   A statement specifying the discovery completed;

(b)   A specific description of the discovery that remains to be completed;

(c)   The reasons why the deadline was not satisfied or the remaining discovery was not completed within the time limits set by the discovery plan; and

(d)   A proposed scheduled for completing all discovery.

///

///

///

///

///

///

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

2948720_1.docx   6943.212

Page 4 of 5

This request for an extension is made in good faith and joined by all the parties in this case. The Request is timely pursuant to LR 26-3.  Trial is not yet set in this matter and dispositive motions have not yet been filed.  Accordingly, this extension will not delay this case.  Moreover, since this request is a joint request, neither party will be prejudiced.  The extension will allow the parties the necessary time to complete discovery.

DATED this 18th day of October, 2021.

| KAEMPFER CROWELL | PETER GOLDSTEIN LAW CORP |
|---|---|
| By:  /s/ *Lyssa S. Anderson*<br>LYSSA S. ANDERSON<br>Nevada Bar No. 5781<br>RYAN W. DANIELS<br>Nevada Bar No. 13094<br>1980 Festival Plaza Drive<br>Suite 650<br>Las Vegas, Nevada 89135<br>***Attorneys for Defendant Las Vegas Metropolitan Police Department, Fred Merrick; and Lora Cody*** | By:  /s/ *Peter Goldstein*<br>Peter Goldstein<br>Nevada Bar No. 6992<br>10161 Park Run Dr., Ste. 150<br>Las Vegas, NV  89145<br>– *and* –<br>MALCOM P. LAVERGNE & ASSOC.<br>Malcom P. LaVergne<br>Nevada Bar No. 10121<br>400 S. Fourth St.<br>Las Vegas, NV  89101<br>***Attorneys for Plaintiff*** |

**IT IS SO ORDERED.**

DATED this 19th day of October, 2021.

_____
DANIEL  J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

2948720_1.docx  6943.212

Page 5 of 5