Peter Goldstein [SBN 6992]
PETER GOLDSTEIN LAW CORP
peter@petergoldsteinlaw.com
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone:      (702) 474-6400
Facsimile:       (888) 400-8799

Malcolm P. LaVergne [SBN 10121]
mlavergne@lavergnelaw.com
400 South 4th Street, Suite 500
Las Vegas, Nevada 89101
Telephone:      (702)448-7981
Facsimile:       (702)966-3117

*Attorney for Plaintiff*
*KEYHERRA GREEN*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KEYHERRA GREEN,<br><br>                    Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada and the County of Clark and operating CLARK COUNTY DETENTION CENTER (CCDC); NAPHCARE, INC., a foreign corporation, doing business in State of Nevada and is the Medical Care Provider for the Clark County Detention Center; FRED MERRICK; LORA CODY; MENENLYN ELIZAN; RAY MONTENEGRO; GWENDOLYN MYERS; and DOES 4-10, inclusive,<br><br>                    Defendants. | Case No.  2:20-cv-00769-KJD-DJA<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER TO EXTEND DISCOVERY**<br><br>**(Sixth Request)** |

IT IS HEREBY STIPULATED AND AGREED between the parties that: the discovery cut-off of January 4, 2022, be continued for a period of sixty (60) days up to and including, **March 7, 2022**, for the purpose of allowing the parties to complete written discovery, take depositions of the parties and Rule 30(b)(6) witnesses and disclose expert/rebuttal expert witnesses; and so that other deadlines be adjusted accordingly, as set forth herein.

## I.    DISCOVERY COMPLETED TO DATE

The parties have exchanged their initial Rule 26 Disclosures and multiple Supplemental Disclosures.  Plaintiff has responded to written discovery (Interrogatories, Requests for Admissions, Requests for Production of Documents) propounded by each of the Defendants.  Each Defendant has responded to numerous written discovery requests from Plaintiff.  Currently the parties are attempting to resolve a discovery dispute about the production of certain documents.  Defendants filed a Motion for Protective Order on June 11, 2021, Plaintiff's response was filed on June 25, 2021, and Defendants filed a Reply on July 2, 2021.  The Court granted the Protective Order on August 11, 2021 precluding Plaintiff from propounding additional written discovery on Defendants absent permission from the Court.

The deposition of Defendant Merrick has been taken.  The LVMPD Defendants served numerous third-party subpoenas; many out of state.

Defendants filed a Motion for Production of Documents Pursuant to Subpoena directed to a third-party; Los Angeles County Probation.  [ECF No. 65].  Plaintiff did not oppose the Motion and it is pending.

## II.    DISCOVERY YET TO BE COMPLETED

The LVMPD Defendants are still attempting to obtain responses to the California subpoena.  As noted above and in the Motion filed by the LVMPD Defendants, the third-party requires an Order from the Court to provide the documents requested.

The depositions of Defendant Cody and Plaintiff still need to be taken.  Thereafter, additional third-party depositions may be noticed.

## III.    REASONS WHY REMAINING DISCOVERY HAS NOT BEEN COMPLETED

The parties have been diligent in their attempts to complete discovery, however, more time is needed.  The discovery in this case has been more voluminous than initially anticipated by the parties.  Defendants have raised claims of privilege and confidentiality-based objections.  In addition, Defendants served a 10th Supplemented Disclosures on August 12, 2021 and provided numerous training records regarding witness identifications among other subjects. Further, the

parties have been occupied with extensive motion practice in this case. Among other things, Defendants filed a Motion for Judgment on the Pleadings on July 2, 2021, Plaintiff filed her response on July 9, 2021 and Defendants' filed their Reply on July 16, 2021. No ruling has yet been issued. The motion practice has temporarily diverted the parties' resources from discovery.

In addition, as stated above, there is a Motion pending before the Court seeking an Order so that the parties can obtain records pertaining to Plaintiff from a third-party. These records are necessary and directly related to Plaintiff's claims and the LVMPD Defendants' defenses.

## IV.      PROPOSED EXTENDED DEADLINES

The parties respectfully request this Court enter an order as follows:

**(A)      Discovery Deadline.**

The current discovery cut-off date of January 4, 2022, should be extended for a period of sixty (60) days, up to and including **March 7, 2022** (60 days after the discovery deadline is March 5, 2022, a Saturday, therefore, the deadline would be the following business day).

**(B)      Experts and Rebuttal Experts**.

The parties shall disclose expert reports sixty (60) days before the close of discovery, on or before **January 6, 2022**. The parties will disclose rebuttal experts (30) days prior to the close of discovery on **February 7, 2022.** (30 days after the date set for filing dispositive motions is February 5, 2022, a Saturday, therefore, the deadline would be the following business day).

**(C)      Dispositive Motions**.

All pretrial motions, including but not limited to, discovery motions, motions to dismiss, motions for summary judgment, and all other dispositive motions shall be filed and served no later than thirty (30) days after the close of discovery, or by **April 6, 2022**.

**(D)      Motions in Limine/*Daubert* Motions.**

Under LR 16-3(b), any motions in limine, including *Daubert* motions, shall be filed and served thirty (30) days prior to the commencement of Trial. Oppositions shall be filed and served and the motion submitted for decision fourteen (14) days thereafter. Reply briefs will be allowed only with leave of the Court.

1

2   **(E)     Pretrial Order.**

3       Pursuant to LR 26(1)(e)(5), the Joint Pretrial Order shall be filed with this Court no later than

thirty (30) days after the date set for filing dispositive motions, or by **May 6, 2022** (30 days after the

date set for filing dispositive motions is Saturday, March 5, a Saturday, therefore, the deadline would

be the following business day), unless dispositive motions are filed, in which case the date for filing

the Joint Pretrial Order shall be suspended until thirty (30) days after the decision on the dispositive

motions or further order of this Court.  The disclosures required by Fed. R. Civ. P. 26(a)(3) and any

objections shall be included in the final pretrial order.

       This request for an extension is made in good faith and joined by all the parties in this case.

The request is timely pursuant to LR 26-3.  Trial is not yet set in this matter and dispositive motions

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

have not yet been filed.  Accordingly, this extension will not delay the case.  Moreover, since this request is a joint request, neither party will be prejudiced.  The extension will allow the parties the necessary time to complete discovery.

DATED this 13th day of December, 2021.

PETER GOLDSTEIN LAW CORP                    KAEMPFER CROWELL

By:    /s/ Peter Goldstein_____        By:    /s Lyssa S. Anderson_____
        Peter Goldstein                                                Lyssa S. Anderson
        Nevada Bar No. 6992                                      Nevada Bar No. 5781
        10161 Park Run Drive, Suite 150                   Ryan W. Daniels
        Las Vegas, Nevada 89145                             Nevada Bar No. 13094
        -and-                                                              1980 Festival Plaza Drive, Suite 650
        MALCOM P. LAVERGNE & ASSOC.             Las Vegas, Nevada 89135
        Malcom P. LaVergne                                   *Attorneys for Defendants*
        Nevada Bar No. 10121                                  *Las Vegas Metropolitan Police*
        400 South Fourth Street                                *Department, Fred Merrick and*
        Las Vegas, Nevada 89101                             *Lora Cody*
        *Attorneys for Plaintiff*

**IT IS SO ORDERED**


DATED this 15th day of December, 2021.


_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**

I am employed in the County of Clark, State of Nevada.  I am over the age of eighteen years and not a party to the within action; my business address is 10161 Park Run Drive, Suite 150, Las Vegas, Nevada 89145.

I hereby certify that on this 13th day of December, 2021, a true and correct copy of the following document **STIPULATION TO EXTEND DISCOVERY (Sixth Request)** was served by electronically filing with the Court's CM/ECF electronic filing system to the following parties:

Lyssa S. Anderson, Esq.
Ryan W. Daniels, Esq.
Kristopher Kalkowski, Esq.
Erika Parker, Esq.
Joseph Dagher, Esq.
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone:     (702) 792-7000
Facsimile:      (702) 796-7181
Email: landerson@kcnvlaw.com
           rdaniels@kcnvlaw.com
           EParker@kcnvlaw.com
           JDagher@kcnvlaw.com
           wapplegate@kcnvlaw.com
           kkalkowski@kcnvlaw.com
           BJacobs@kcnvlaw.com
*Attorneys for Defendants*
*Las Vegas Metropolitan Police Department,*
*Fred Merrick and Lora Cody*

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

By: _____
An Employee of Peter Goldstein Law Corp

6



**Peter Goldstein <pglawstaff@petergoldsteinlaw.com>**

---

## LVMPD/Keyherra Green
3 messages

---

**Wendy Applegate** <WApplegate@kcnvlaw.com>                    Mon, Dec 13, 2021 at 1:27 PM
To: "peter@petergoldsteinlaw.com" <peter@petergoldsteinlaw.com>, Kris Bechtold <pglawstaff@petergoldsteinlaw.com>
Cc: Lyssa Anderson <landerson@kcnvlaw.com>, Ryan Daniels <RDaniels@kcnvlaw.com>

Peter:


Attached is our redline version of the Stipulation.  If the changes are approved, you are authorized to accept them and use Lyssa's electronic signature for filing.


Thank you.





Wendy L. Applegate

Kaempfer Crowell

Tel:  (702) 792-7000
Fax:  (702) 796-7181
Email: wapplegate@kcnvlaw.com


| WEBSITE |


 **Please consider the environment before printing this email**

This e-mail communication is a confidential attorney-client communication intended only for the person named above. If you are not the person named above, or the employee or agent responsible for delivery of the following information, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited.  If you have received this communication in error, please notify us immediately by telephone (702) 792-7000.  Also, please e-mail the sender that you have received the communication in error.  We will gladly reimburse your telephone expenses.  Thank you.

IRS Circular 230 Notice:  To ensure compliance with requirements imposed by the IRS, we inform you that any federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

---

 **20211213 REDLINE SAO to Extend Discovery (6th Request).DOC**
72K

---

Law Office of Peter Goldstein Mail - Re: Myriam / Anmarita Greige

**Peter Goldstein** <peter@petergoldsteinlaw.com>                    Mon, Dec 13, 2021 at 4:38 PM
To: Wendy Applegate <WApplegate@kcnvlaw.com>, Malcolm LaVergne <mlavergne@lavergnelaw.com>
Cc: Kris Bechtold <pglawstaff@petergoldsteinlaw.com>, Lyssa Anderson <landerson@kcnvlaw.com>, Ryan Daniels
<RDaniels@kcnvlaw.com>

I reviewed and will accept all changes, attached. Kris will file tomorrow.



**PETER GOLDSTEIN LAW CORP**

10161 Park Run Drive, Suite 150

Las Vegas, NV 89145

Tel: (702) 474-6400
Fax: (888) 400-8799

www.petergoldsteinlaw.com

400 Corporate Pointe, Ste. 300
Culver City, CA 90230
Tel: (310)552-2050
Fax: (888) 400-8799

www.petergoldsteinlaw.com

[Quoted text hidden]

---

 **20211213 REDLINE SAO to Extend Discovery (6th Request) (1).DOC**
72K

---

**Peter Goldstein** <peter@petergoldsteinlaw.com>                    Tue, Dec 14, 2021 at 9:16 AM
To: Kris Bechtold <pglawstaff@petergoldsteinlaw.com>



**PETER GOLDSTEIN LAW CORP**

10161 Park Run Drive, Suite 150

Las Vegas, NV 89145

Tel: (702) 474-6400
Fax: (888) 400-8799

www.petergoldsteinlaw.com