**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| Keyherra Green, | Case No. 2:20-cv-00769-KJD-DJA |
| Plaintiff, | |
| v. | **Order** |
| Las Vegas Metropolitan Police Department, et al., | |
| Defendants. | |

Defendants Las Vegas Metropolitan Police Department have moved for an order directing third party Los Angeles County Probation to produce documents under a subpoena.  (ECF No. 65).  LVMPD noticed the subpoena to all parties and served it on LA Probation on October 12, 2021.  (*Id.* at 2).  No parties objected to the subpoena.  (*Id.* at 6).  LA Probation did not object to the subpoena either but asked for a court order before producing the documents because Defendants' counsel does not represent Plaintiff Keyherra Green, whom the documents concern. (*Id.* at 2).

"The failure of an opposing party to file points and authorities in response to any motion…constitutes a consent to the granting of the motion."  Local Rule 7-2.  Here, no parties have filed an objection to Defendants' motion.  Nor has LA Probation objected to the subpoena. The Court thus grants Defendants' motion for LA Probation to produce documents responsive to Defendants' subpoena.  The Court finds these matters properly resolved without a hearing.  LR 78-1.

1    **IT IS THEREFORE ORDERED** that Defendants' motion (ECF No. 65) is **granted.**

2    LA Probation is directed to respond to Defendants' subpoena served on October 12, 2021.

3

4    DATED: December 15, 2021

5    _____

6    DANIEL J. ALBREGTS
     UNITED STATES MAGISTRATE JUDGE