# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| KEYHERRA GREEN,<br><br>        Plaintiff,<br><br>v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al.,<br><br>        Defendants. | Case No. 2:20-cv-00769-KJD-DJA<br><br>**ORDER** |

      This matter is before the Court on the parties' Stipulation to Extend Discovery (ECF No. 69), filed on February 8, 2022.  The Court has reviewed the Stipulation and finds that it does not comply with LR 26-3.  The parties failed to demonstrate that the filing of this Stipulation after the expiration of the deadline for initial expert and rebuttal expert disclosures, which expired on January 6, 2022 and February 7, 2022, respectively, was the result of excusable neglect. "A request made after the expiration of the subject deadline will not be granted unless the movant also demonstrates that the failure to act was the result of <u>excusable neglect</u>."  LR 26-3 (emphasis added).  Accordingly,

      IT IS THEREFORE ORDERED that the parties' Stipulation to Extend Discovery (ECF No. 69) is **denied without prejudice**.

      IT IS FURTHER ORDERED that any subsequent motion or stipulation to extend discovery deadlines subject to the discovery plan and schedule order must comply with LR 26-3 and set forth good cause or excusable neglect for the requested extension.

DATED: February 10, 2022

                                                                   DANIEL J. ALBREGTS<br>
                                                                   UNITED STATES MAGISTRATE JUDGE