1  S. BRENT VOGEL
   Nevada Bar No. 6858
2  Brent.Vogel@lewisbrisbois.com
   LEWIS BRISBOIS BISGAARD & SMITH LLP
3  6385 S. Rainbow Boulevard, Suite 600
   Las Vegas, Nevada 89118
4  Telephone: 702.893.3383
   Facsimile: 702.893.3789
5
   *Attorneys for Defendants NaphCare, Inc.,*
6  *Menenlyn Elizan, Ray Montenegro, and*
   *Gwendolyn Myers*
7
                    UNITED STATES DISTRICT COURT
8
                 DISTRICT OF NEVADA, SOUTHERN DIVISION
9

10
   KEYHERRA GREEN,,                               Case No. 2:20-cv-00769-KJD-DJA
11
              Plaintiff,
12
        vs.
13
   LAS VEGAS METROPOLITAN POLICE                  **MOTION TO REMOVE ATTORNEY**
14 DEPARTMENT, a political subdivision of         **S. BRENT VOGEL FROM SERVICE**
   the State of Nevada and the County of          **LIST**
15 Clark and operating CLARK COUNTY
   DETENTION CENTER (CCDC);
16 NAPHCARE, INC., a foreign corporation,
   doing business in State of Nevada and is
17 the Medical Care Provider for the Clark
   County Detention Center; FRED
18 MERRICK; LORA CODY; MENENLYN
   ELIZAN; RAY MONTENEGRO;
19 GWENDOLYN MYERS; and DOES 4-10,
   inclusive,
20
              Defendants.
21

22

23

24

25

26

27

28

4854-9589-1230.1

Defendants NaphCare, Inc., Menenlyn Elizan, Ray Montenegro, and Gwendolyn Myers, by and through their counsel of record, the law firm of LEWIS BRISBOIS BISGAARD & SMITH LLP, respectfully requests that they be removed from the CM/ECF service list for the above-captioned case. Defendants NaphCare, Inc., Menenlyn Elizan, Ray Montenegro, and Gwendolyn Myers, have been dismissed from this case with prejudice on March 12, 2021. Thus, counsel no longer needs to remain on the service list for this instant case.

DATED this 2nd day of May, 2022

LEWIS BRISBOIS BISGAARD & SMITH LLP

By    /s/ S. Brent Vogel
S. BRENT VOGEL
Nevada Bar No. 6858
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Tel. 702.893.3383

*Attorneys for Defendants NaphCare, Inc., Menenlyn Elizan, Ray Montenegro, and Gwendolyn Myers*

**IT IS SO ORDERED**.

DATED: May 4, 2022

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE



4854-9589-1230.1                                2

# CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of May, 2022, a true and correct copy of **MOTION TO REMOVE ATTORNEY S. BRENT VOGEL FROM SERVICE LIST** was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

Peter Goldstein, Esq.
PETER GOLDSTEIN LAW CORP
10161 Park Run Dr., Suite 150
Las Vegas, NV 89145
Tel: 702.474.6400
Fax: 888.400.8799
peter@petergoldsteinlaw.com
*Attorneys for Plaintiff*

Malcolm P. LaVergne, Esq.
400 S. 4th St., Suite 500
Las Vegas, NV 89101
Tel: 702.448.7981
Fax: 702.966.3117
mlavergne@lavergnelaw.com
*Attorneys for Plaintiff*

Lyssa S. Anderson, Esq.
Ryan W. Daniels, Esq.
KAEMPFER CROWELL
1980 Festival Plaza Dr., Suite 650
Las Vegas, NV 89135
Tel: 702.792.7000
Fax: 702.796.7181
landerson@kcnvlaw.com
rdaniels@kcnvlaw.com
*Attorneys for Defendants Las Vegas Metropolitan Police Department, Fred Merrick and Lora Cody*

By   /s/ *Maria T. San Juan*
An Employee of
LEWIS BRISBOIS BISGAARD &
SMITH LLP