Peter Goldstein [SBN 6992]
PETER GOLDSTEIN LAW CORP
peter@petergoldsteinlaw.com
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone:     (702) 474-6400
Facsimile:     (888) 400-8799

Malcolm P. LaVergne [SBN 10121]
mlavergne@lavergnelaw.com
400 South 4th Street, Suite 500
Las Vegas, Nevada 89101
Telephone:     (702)448-7981
Facsimile:     (702)966-3117

*Attorney for Plaintiff*
*KEYHERRA GREEN*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KEYHERRA GREEN, | Case No. 2:20-cv-00769-KJD-DJA |
| Plaintiff, | ~~STIPULATION AND~~ ORDER TO EXTEND DEADLINE TO FILE PLAINTIFF'S RESPONSE TO LVMPD DEFENDANTS' MOTION TO DISMISS [ECF No. 78] |
| vs. | |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada and the County of Clark and operating CLARK COUNTY DETENTION CENTER (CCDC); NAPHCARE, INC., a foreign corporation, doing business in State of Nevada and is the Medical Care Provider for the Clark County Detention Center; FRED MERRICK; LORA CODY; MENENLYN ELIZAN; RAY MONTENEGRO; GWENDOLYN MYERS; and DOES 4-10, inclusive, | (First Request) |
| Defendants. | |

COME NOW, Plaintiff, Keyherra Green, and Defendants, Las Vegas Metropolitan Police Department, Fred Merrick and Lora Cody, by and through their counsel of record, and hereby submit this Stipulation and Order to Extend Deadline for Plaintiff to file a Response to LVMPD Defendants' Motion to Dismiss [ECF No. 78] which was filed on April 28, 2022(ECF No. 74) from May 12, 2022 to May 23, 2022.

1

DATED this 4th day of May, 2022.

| PETER GOLDSTEIN LAW CORP | KAEMPFER CROWELL |
|---|---|
| By: /s/ Peter Goldstein<br>Peter Goldstein<br>Nevada Bar No. 6992<br>10161 Park Run Drive, Suite 150<br>Las Vegas, Nevada 89145<br>*-and-*<br>MALCOM P. LAVERGNE & ASSOC.<br>Malcom P. LaVergne<br>Nevada Bar No. 10121<br>400 South Fourth Street<br>Las Vegas, Nevada 89101<br>*Attorneys for Plaintiff* | By: /s/ Lyssa S. Anderson<br>Lyssa S. Anderson<br>Nevada Bar No. 5781<br>Ryan W. Daniels<br>Nevada Bar No. 13094<br>1980 Festival Plaza Drive, Suite 650<br>Las Vegas, Nevada 89135<br>*Attorneys for Defendants*<br>*Las Vegas Metropolitan Police*<br>*Department, Fred Merrick and*<br>*Lora Cody* |

**IT IS SO ORDERED**

DATED this 5th day of May, 2022.

_____
UNITED STATES DISTRICT COURT JUDGE



Peter Goldstein <pglawstaff@petergoldsteinlaw.com>

## green

**Peter Goldstein** <peter@petergoldsteinlaw.com>  Wed, May 4, 2022 at 10:31 AM
To: Lyssa Anderson <landerson@kcnvlaw.com>, Kris Bechtold <pglawstaff@petergoldsteinlaw.com>

here is stip and order, let me know if we can efile.



**PETER GOLDSTEIN LAW CORP**

10161 Park Run Drive, Suite 150

Las Vegas, NV 89145

Tel: (702) 474-6400
Fax: (888) 400-8799

www.petergoldsteinlaw.com


400 Corporate Pointe, Ste. 300
Culver City, CA 90230
Tel: (310)552-2050
Fax: (888) 400-8799

www.petergoldsteinlaw.com


On Tue, May 3, 2022 at 12:35 PM Lyssa Anderson <landerson@kcnvlaw.com> wrote:
> Yes.
>
> Best Regards,
> Lyssa S. Anderson
>
>> On May 3, 2022, at 12:21 PM, Peter Goldstein <peter@petergoldsteinlaw.com> wrote:
>>
>> [Quoted text hidden]

 **Draft SAO to Extend Resp to Mtn to Dismiss (peter goldstein's conflicted copy 2022-05-04).doc**
59K