LYSSA S. ANDERSON
Nevada Bar No. 5781
RYAN W. DANIELS
Nevada Bar No. 13094
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone: (702) 792-7000
Fax:        (702) 796-7181
landerson@kcnvlaw.com
rdaniels@kcnvlaw.com

*Attorneys for Defendants*
*Las Vegas Metropolitan Police Department,*
*Fred Merrick, and Lora Cody*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KEYHERRA GREEN, <br><br>            Plaintiff, <br><br> vs. <br><br> LAS VEGAS METROPOLITAN POLICE DEPARTMENT; FRED MERRICK; LORA CODY; and DOES 1-10, inclusive, <br><br>            Defendants. | Case No.   2:20-cv-00769-KJD-DJA <br><br> **STIPULATION TO EXTEND DISPOSITIVE MOTION DEADLINE** <br> **(First Request)** |

Las Vegas Metropolitan Police Department, Fred Merrick and Lora Cody ("LVMPD Defendants"), and Plaintiff, Keyherra Green ("Plaintiff") by and through their respective counsel, hereby stipulate, agree, and request that this Court extend the dispositive motion deadline from the current date of October 6, 2022 for ninety (90) days, until **January 5, 2023** as the Court has not yet ruled on the LVMPD Defendants' Motion to Dismiss Third Amended Complaint, [ECF No. 78].

/ / /

/ / /

/ / /

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

3239146_1.docx  6943.212

Page 1 of 5

## I. DISCOVERY COMPLETED TO DATE

The parties have completed all discovery in this matter and discovery closed on August 4, 2022, [ECF No. 87].

## II. DISCOVERY YET TO BE COMPLETED

Discovery is complete. The parties are requesting an extension of the current dispositive motion deadline only.

## III. REASONS WHY REMAINING DISCOVERY HAS NOT BEEN COMPLETED

The parties are seeking a ninety (90) day extension of the current dispositive motion deadline. The LVMPD Defendants previously filed a Motion for Judgment on the Pleadings. [ECF No. 54]. On March 23, 2022 the Court issued its order on the pending Motion for Judgment on the Pleadings. [ECF No. 73]. The LVMPD Defendants argued that Plaintiff's claims were barred by the statute of limitations and Plaintiff responded that the incorrect analysis was applied; asserting that Plaintiff's Complaint alleged *Deveraux* claims. [ECF Nos. 54 and 56]. The Court dismissed certain claims and allowed others to proceed; allowing Plaintiff to file a Third Amended Complaint to specifically allege her *Deveraux* claims. On April 13, 2022 Plaintiff filed her Third Amended Complaint. [ECF No. 74]. LVMPD filed a Motion to Dismiss which Plaintiff has responded to and LVMPD filed its reply. [ECF Nos. 78, 84 and 85]. The Motion to Dismiss is now fully briefed and pending. The parties would request a ruling on the pending Motion to Dismiss prior to preparing dispositive motions. Indeed, a ruling could be dispositive of claims raised in the Third Amended Complaint and/or Plaintiff could be given further leave to amend her complaint which would render any dispositive motions filed at this time moot.

/ / /

/ / /

/ / /

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

3239146_1.docx  6943.212

Page 2 of 5

**PROPOSED EXTENDED DEADLINES**

The parties respectfully request this Court enter an order as follows:

**(A)    Discovery Deadline.**

The parties are not seeking an extension of this deadline.

**(B)    Experts and Rebuttal Experts.**

The parties are not seeking an extension of this deadline.

**(C)    Dispositive Motions.**

All pretrial motions, including but not limited to, discovery motions, motions to dismiss, motions for summary judgment, and all other dispositive motions shall be filed and served **January 5, 2023.**

**(D)    Motions in Limine/*Daubert* Motions.**

Under LR 16-3(b), any motions in limine, including *Daubert* motions, shall be filed and served 30 days prior to the commencement of Trial. Oppositions shall be filed and served and the motion submitted for decision 14 days thereafter. Reply briefs will be allowed only with leave of the Court.

**(E)    Pretrial Order.**

The parties are not currently seeking an extension of this deadline. Pursuant to LR 26(1)(e)(5), the Joint Pretrial Order shall be filed with this Court no later than thirty (30) days after the date set for filing dispositive motions, or by **February 6, 2023**, unless dispositive motions are filed, in which case the date for filing the Joint Pretrial Order shall be suspended until 30 days after the decision on the dispositive motions or further order of this Court. The disclosures required by Fed. R. Civ. P. 26(a)(3) and any objections shall be included in the final pretrial order.

/ / /

/ / /

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

3239146_1.docx  6943.212

Page 3 of 5

**(F)    Extensions or Modification of the Discovery Plan and Scheduling Order.**

In accordance with LR 26-4, applications to extend any date set by the discovery plan, scheduling order, or other order must, in addition to satisfying the requirements of LR 6-1, be supported by a showing of good cause for the extension. All motions or stipulations to extend a deadline set forth in a discovery plan shall be received by the Court not later than 21 days before the expiration of the subject deadline. A request made after the expiration of the subject deadline shall not be granted unless the movant demonstrates that the failure to set was the result of excusable neglect. Any motion or stipulation to extend a deadline or to reopen discovery shall include:

(a)    A statement specifying the discovery completed;

(b)    A specific description of the discovery that remains to be completed;

(c)    The reasons why the deadline was not satisfied or the remaining discovery was not completed within the time limits set by the discovery plan; and

(d)    A proposed scheduled for completing all discovery.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

3239146_1.docx  6943.212

Page 4 of 5

1  This request for an extension is made in good faith and joined by all the parties in this case. The Request is timely. Trial is not yet set in this matter and dispositive motions have not yet been filed. Accordingly, this extension will not delay this case. Moreover, since this request is a joint request, neither party will be prejudiced. The extension will allow time for the Court to rule on the pending Motion to Dismiss prior to the parties filing dispositive motions.

DATED this 23rd day of September, 2022.

| KAEMPFER CROWELL | PETER GOLDSTEIN LAW CORP |
|---|---|
| By: /s/ *Lyssa S. Anderson*<br>LYSSA S. ANDERSON<br>Nevada Bar No. 5781<br>RYAN W. DANIELS<br>Nevada Bar No. 13094<br>1980 Festival Plaza Drive<br>Suite 650<br>Las Vegas, Nevada 89135<br>***Attorneys for Defendant Las Vegas Metropolitan Police Department, Fred Merrick, and Lora Cody*** | By: /s/ *Peter Goldstein*<br>Peter Goldstein<br>Nevada Bar No. 6992<br>10161 Park Run Dr., Ste. 150<br>Las Vegas, NV 89145<br>– and –<br>MALCOM P. LAVERGNE & ASSOC.<br>Malcom P. LaVergne<br>Nevada Bar No. 10121<br>400 S. Fourth St.<br>Las Vegas, NV 89101<br>***Attorneys for Plaintiff*** |

**IT IS SO ORDERED.**

DATED this 23rd day of September, 2022.

_____
UNITED STATES DISTRICT COURT JUDGE

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

3239146_1.docx  6943.212

Page 5 of 5