```
LYSSA S. ANDERSON
Nevada Bar No. 5781
RYAN W. DANIELS
Nevada Bar No. 13094
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada  89135
Telephone:   (702) 792-7000
Fax:             (702) 796-7181
landerson@kcnvlaw.com
rdaniels@kcnvlaw.com
```

*Attorneys for Defendants*
*Las Vegas Metropolitan Police Department,*
*Fred Merrick, and Lora Cody*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KEYHERRA GREEN , <br><br>   Plaintiff, <br><br> vs. <br><br> LAS VEGAS METROPOLITAN POLICE DEPARTMENT; FRED MERRICK; LORA CODY; and DOES 1-10, inclusive, <br><br>   Defendants. | Case No.   2:20-cv-00769-KJD-DJA <br><br> **STIPULATION TO EXTEND DISPOSITIVE MOTION DEADLINE** <br> **(Second Request)** |

Las Vegas Metropolitan Police Department, Fred Merrick and Lora Cody ("LVMPD Defendants"), and Plaintiff, Keyherra Green ("Plaintiff") by and through their respective counsel, hereby stipulate, agree, and request that this Court extend the dispositive motion deadline from the current date of January 5, 2023 for sixty (60) days, until **March 6, 2023** as the Court has not yet ruled on the LVMPD Defendants' Motion to Dismiss Third Amended Complaint, [ECF No. 78] and also because of the holiday season.

/ / /

/ / /

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

3302028_1.docx  6943.212

Page 1 of 4

### I. DISCOVERY COMPLETED TO DATE

The parties have completed all discovery in this matter and discovery closed on August 4, 2022, [ECF No. 87].

### II. DISCOVERY YET TO BE COMPLETED

Discovery is complete. The parties are requesting an extension of the current dispositive motion deadline only.

### III. REASONS WHY REMAINING DISCOVERY HAS NOT BEEN COMPLETED

The parties are seeking an additional sixty (60) day extension of the current dispositive motion deadline. As more particularly explained in the parties' first request to extend the dispositive motion deadline, following the Court's ruling on a Motion for Judgement on the Pleadings filed by the LVMPD Defendants, [ECF No. 54], Plaintiff filed her Third Amended Complaint. [ECF No. 74]. LVMPD filed a Motion to Dismiss which Plaintiff has responded to and LVMPD filed its reply. [ECF Nos. 78, 84 and 85]. The Motion to Dismiss is fully briefed and pending, and the Court has not yet ruled on it. The parties need to know the outcome of the pending Motion to Dismiss before preparing dispositive motions. In addition to the pending Motion to Dismiss, the current deadline to file dispositive motions is right after the holiday season.

**PROPOSED EXTENDED DEADLINES**

The parties respectfully request this Court enter an order as follows:

**(A)     Discovery Deadline.**

The parties are not seeking an extension of this deadline.

**(B)     Experts and Rebuttal Experts.**

The parties are not seeking an extension of this deadline.

**(C)     Dispositive Motions.**

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

3302028_1.docx  6943.212

Page 2 of 4

All pretrial motions, including but not limited to, discovery motions, motions to dismiss, motions for summary judgment, and all other dispositive motions shall be filed and served **March 6, 2023.**

**(D)  Motions in Limine/*Daubert* Motions.**

Under LR 16-3(b), any motions in limine, including *Daubert* motions, shall be filed and served 30 days prior to the commencement of Trial. Oppositions shall be filed and served and the motion submitted for decision 14 days thereafter. Reply briefs will be allowed only with leave of the Court.

**(E)  Pretrial Order.**

The parties are not currently seeking an extension of this deadline. Pursuant to LR 26(1)(e)(5), the Joint Pretrial Order shall be filed with this Court no later than thirty (30) days after the date set for filing dispositive motions, or by **April 5, 2023**, unless dispositive motions are filed, in which case the date for filing the Joint Pretrial Order shall be suspended until 30 days after the decision on the dispositive motions or further order of this Court. The disclosures required by Fed. R. Civ. P. 26(a)(3) and any objections shall be included in the final pretrial order.

**(F)  Extensions or Modification of the Discovery Plan and Scheduling Order.**

In accordance with LR 26-4, applications to extend any date set by the discovery plan, scheduling order, or other order must, in addition to satisfying the requirements of LR 6-1, be supported by a showing of good cause for the extension. All motions or stipulations to extend a deadline set forth in a discovery plan shall be received by the Court not later than 21 days before the expiration of the subject deadline. A request made after the expiration of the subject deadline shall not be granted unless the movant demonstrates that the failure to set was the result of excusable neglect. Any motion or stipulation to extend a deadline or to reopen discovery shall include:

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

3302028_1.docx  6943.212

Page 3 of 4

(a) A statement specifying the discovery completed;

(b) A specific description of the discovery that remains to be completed;

(c) The reasons why the deadline was not satisfied or the remaining discovery was not completed within the time limits set by the discovery plan; and

(d) A proposed scheduled for completing all discovery.

This request for an extension is made in good faith and joined by all the parties in this case. The Request is timely. Trial is not yet set in this matter and dispositive motions have not yet been filed. Accordingly, this extension will not delay this case. Moreover, since this request is a joint request, neither party will be prejudiced. The extension will allow time for the Court to rule on the pending Motion to Dismiss prior to the parties filing dispositive motions and the parties additional time due to the holiday season.

DATED this 13th day of December, 2022.

| KAEMPFER CROWELL | PETER GOLDSTEIN LAW CORP |
|---|---|
| By: /s/ *Lyssa S. Anderson*<br>LYSSA S. ANDERSON<br>Nevada Bar No. 5781<br>RYAN W. DANIELS<br>Nevada Bar No. 13094<br>1980 Festival Plaza Drive<br>Suite 650<br>Las Vegas, Nevada 89135<br>**Attorneys for Defendant**<br>**Las Vegas Metropolitan Police**<br>**Department, Fred Merrick, and**<br>**Lora Cody** | By: /s/ *Peter Goldstein*<br>Peter Goldstein<br>Nevada Bar No. 6992<br>10161 Park Run Dr., Ste. 150<br>Las Vegas, NV 89145<br>– and –<br>MALCOM P. LAVERGNE & ASSOC.<br>Malcom P. LaVergne<br>Nevada Bar No. 10121<br>400 S. Fourth St.<br>Las Vegas, NV 89101<br>**Attorneys for Plaintiff** |

**IT IS SO ORDERED.**

DATED this 28th day of December, 2022.

_____
UNITED STATES DISTRICT COURT JUDGE

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

3302028_1.docx 6943.212

Page 4 of 4