Peter Goldstein [SBN 6992]
PETER GOLDSTEIN LAW CORP
peter@petergoldsteinlaw.com
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone:   (702) 474-6400
Facsimile:    (888) 400-8799

Malcolm P. LaVergne [SBN 10121]
mlavergne@lavergnelaw.com
400 South 4th Street, Suite 500
Las Vegas, Nevada 89101
Telephone:   (702)448-7981
Facsimile:    (702)966-3117

*Attorney for Plaintiff*
*KEYHERRA GREEN*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KEYHERRA GREEN,<br><br>            Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada and the County of Clark and operating CLARK COUNTY DETENTION CENTER (CCDC); NAPHCARE, INC., a foreign corporation, doing business in State of Nevada and is the Medical Care Provider for the Clark County Detention Center; FRED MERRICK; LORA CODY; MENENLYN ELIZAN; RAY MONTENEGRO; GWENDOLYN MYERS; and DOES 4-10, inclusive,<br><br>            Defendants. | Case No. 2:20-cv-00769-KJD-DJA<br><br>CORECTED STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE PLAINTIFF'S REPLY TO LVMPD DEFENDANTS' RESPONSE TO PLAINTIFF GREEN'S MOTION FOR LEAVE OF COURT TO FILE FOURTH AMENDED COMPLAINT [ECF No. 100]<br><br>(First Request) |

COMES NOW, Plaintiff, Keyherra Green, and Defendants, Las Vegas Metropolitan Police Department, Fred Merrick and Lora Cody, by and through their counsel of record, and hereby submit this Stipulation and Order to Extend Deadline for Plaintiff to file a Reply to Defendants' Response to Plaintiff Green's Motion for Leave of Court to File Fourth Amended Complaint [ECF No. 100] from **April 17, 2023 to April 24, 2023**. This is the first request for an extension of time to file a reply and is not made for an improper purpose. This request is made in order for the parties to confer to

1

determine whether they can reach a stipulation to resolve disputed issues regarding the proper scope of the proposed amended pleadings.

DATED this 18th day of April, 2023.

| PETER GOLDSTEIN LAW CORP | KAEMPFER CROWELL |
|---|---|
| By: /s/ Peter Goldstein<br>Peter Goldstein<br>Nevada Bar No. 6992<br>10161 Park Run Drive, Suite 150<br>Las Vegas, Nevada 89145<br>*-and-*<br>MALCOM P. LAVERGNE & ASSOC.<br>Malcom P. LaVergne<br>Nevada Bar No. 10121<br>400 South Fourth Street<br>Las Vegas, Nevada 89101<br>*Attorneys for Plaintiff* | By: /s/ Lyssa S. Anderson<br>Lyssa S. Anderson<br>Nevada Bar No. 5781<br>Ryan W. Daniels<br>Nevada Bar No. 13094<br>1980 Festival Plaza Drive, Suite 650<br>Las Vegas, Nevada 89135<br>*Attorneys for Defendants*<br>*Las Vegas Metropolitan Police*<br>*Department, Fred Merrick and*<br>*Lora Cody* |

**IT IS SO ORDERED**

DATED this 19th day of April 2023.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE