1

Peter Goldstein [SBN 6992]
PETER GOLDSTEIN LAW CORP

2

peter@petergoldsteinlaw.com
10161 Park Run Drive, Suite 150

3

Las Vegas, Nevada 89145
Telephone:     (702) 474-6400

4

Facsimile:      (888) 400-8799

5

Malcolm P. LaVergne [SBN 10121]
mlavergne@lavergnelaw.com

6

400 South 4th Street, Suite 500
Las Vegas, Nevada 89101

7

Telephone:     (702)448-7981
Facsimile:      (702)966-3117

8

*Attorney for Plaintiff*

9

*KEYHERRA GREEN*

10

11

**UNITED STATES DISTRICT COURT**

12

**DISTRICT OF NEVADA**

13

KEYHERRA GREEN,

14

Plaintiff,

15

vs.

16

LAS VEGAS METROPOLITAN POLICE
DEPARTMENT, a political subdivision of the State

17

of Nevada and the County of Clark and operating
CLARK COUNTY DETENTION CENTER

18

(CCDC); NAPHCARE, INC., a foreign corporation,
doing business in State of Nevada and is the Medical

19

Care Provider for the Clark County Detention
Center; FRED MERRICK; LORA CODY;

20

MENENLYN ELIZAN; RAY MONTENEGRO;
GWENDOLYN MYERS; and DOES 4-10, inclusive,

21

22

Defendants.

Case No.  2:20-cv-00769-KJD-DJA

SECOND STIPULATION AND ORDER
TO EXTEND DEADLINE FOR
PLAINTIFF TO FILE REPLY TO LVMPD
DEFENDANTS' RESPONSE TO
PLAINTIFF GREEN'S MOTION FOR
LEAVE OF COURT TO FILE FOURTH
AMENDED COMPLAINT [ECF No. 100]

(Second Request)

23

COMES NOW, Plaintiff, Keyherra Green, and Defendants, Las Vegas Metropolitan Police

24

Department, Fred Merrick and Lora Cody, by and through their counsel of record, and hereby submit

25

this Stipulation and Order to Extend Deadline for Plaintiff to file a Reply to Defendants' Response to

26

Plaintiff Green's Motion for Leave of Court to File Fourth Amended Complaint [ECF No. 100] from

27

**April 24, 2023 to May 1, 2023**.  This is the second request for an extension of time to file a reply

28

and is not made for an improper purpose.  This request is made in order for the parties to further

confer to determine whether they can reach a stipulation to resolve disputed issues regarding the

1

proper scope of the proposed amended pleadings.  The parties have made progress regarding many of the arguments raised in defendants' opposition to plaintiff's motion for leave to amend and believe they can resolve the remaining issues in order to obviate further motion practice.

DATED this 21st day of April, 2023.

PETER GOLDSTEIN LAW CORP

By:   /s/ Peter Goldstein
        Peter Goldstein
        Nevada Bar No. 6992
        10161 Park Run Drive, Suite 150
        Las Vegas, Nevada 89145
        *-and-*
        MALCOM P. LAVERGNE & ASSOC.
        Malcom P. LaVergne
        Nevada Bar No. 10121
        400 South Fourth Street
        Las Vegas, Nevada 89101
        *Attorneys for Plaintiff*

KAEMPFER CROWELL

By:   /s/ Lyssa S. Anderson
        Lyssa S. Anderson
        Nevada Bar No. 5781
        Ryan W. Daniels
        Nevada Bar No. 13094
        1980 Festival Plaza Drive, Suite 650
        Las Vegas, Nevada 89135
        *Attorneys for Defendants*
        *Las Vegas Metropolitan Police*
        *Department, Fred Merrick and*
        *Lora Cody*

**IT IS SO ORDERED**

DATED this _____24th of April_____ 2023.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

2