Peter Goldstein [SBN 6992]
PETER GOLDSTEIN LAW CORP
peter@petergoldsteinlaw.com
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone:      (702) 474-6400
Facsimile:       (888) 400-8799

Malcolm P. LaVergne [SBN 10121]
mlavergne@lavergnelaw.com
400 South 4th Street, Suite 500
Las Vegas, Nevada 89101
Telephone:      (702)448-7981
Facsimile:       (702)966-3117

*Attorney for Plaintiff KEYHERRA GREEN*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KEYHERRA GREEN,<br><br>Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; FRED MERRICK; LORA CODY; Defendants. | Case No. 2:20-cv-00769-KJD-DJA<br><br>STIPULATION AND ORDER TO ALLOW PLAINTIFF TO FILE REVISED FOURTH AMENDED COMPLAINT; FOR DEFEFNDANTS TO ANSWER WITHIN 20 DAYS OF DATE ORDER GRANTING THIS STIPULATION AND TO EXTEND THE TIME FOR THE PARTIES TO FILE DISPOSITIVE MOTIONS. |

COMES NOW, Plaintiff, Keyherra Green, and Defendants, Las Vegas Metropolitan Police Department, Fred Merrick and Lora Cody, by and through their counsel of record (collectively, the "Parties"), and hereby stipulate as follows:

WHEREAS, on March 27, 2023, Plaintiff filed a motion for leave to file the fourth amended complaint (Dkt. 99) with a copy of the proposed pleading attached (Dkt. 99-1);

WHEREAS, on April 10, 2023, Defendants filed a response to the motion for leave (Dkt. 100), which raised issues with selected parts of the proposed pleading, while stating that it did not oppose other portions of the proposed pleading;

WHEREAS, the Parties' attorneys have met and conferred to informally resolve the disputed issues, prior to the (extended) deadline for Plaintiff's response in support of the motion;

IT IS HEREBY AGREED that the Parties shall resolve the disputed issues as follows, upon the Court's entering them as an Order:

1. Plaintiff shall be granted leave the attached [Proposed] Fourth Amended Complaint attached hereto as Exhibit A.

2. The Americans with Disabilities Act (ADA) claim and the DOE Defendants that were included in prior pleadings (but not in the present pleading) shall be dismissed with prejudice.

3. The caption is amended to remove parties that have been dismissed and all DOES.

4. Defendants shall file an Answer to the Fourth Amended Complaint within 20 days of entry of this Order.

5. The deadline for dispositive motions shall be extended to August 7, 2023, so as to accommodate the Parties' attorneys' schedules (regarding other matters and personal matters).

DATED this 1ST day of May, 2023.

PETER GOLDSTEIN LAW CORP

By:    /s/ Peter Goldstein
       Peter Goldstein
       Nevada Bar No. 6992
       10161 Park Run Drive, Suite 150
       Las Vegas, Nevada 89145
       -and-
       MALCOM P. LAVERGNE & ASSOC.
       Malcom P. LaVergne
       Nevada Bar No. 10121
       400 South Fourth Street
       Las Vegas, Nevada 89101
       *Attorneys for Plaintiff*

KAEMPFER CROWELL

By:    /s/ Lyssa S. Anderson
       Lyssa S. Anderson
       Nevada Bar No. 5781
       Ryan W. Daniels
       Nevada Bar No. 13094
       1980 Festival Plaza Drive, Suite 650
       Las Vegas, Nevada 89135
       *Attorneys for Defendants*
       *Las Vegas Metropolitan Police*
       *Department, Fred Merrick and*
       *Lora Cody*

**IT IS SO ORDERED**

DATED this __1st day of May____, 2023.

_____
UNITED STATES DISTRICT COURT JUDGE