Peter Goldstein [SBN 6992]
PETER GOLDSTEIN LAW CORP
peter@petergoldsteinlaw.com
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone:     (702) 474-6400
Facsimile:     (888) 400-8799

Malcolm P. LaVergne [SBN 10121]
mlavergne@lavergnelaw.com
400 South 4th Street, Suite 500
Las Vegas, Nevada 89101
Telephone:     (702)448-7981
Facsimile:     (702)966-3117

*Attorneys for Plaintiff*
*KEYHERRA GREEN*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KEYHERRA GREEN , <br><br> Plaintiff, <br><br> vs. <br><br> LAS VEGAS METROPOLITAN POLICE DEPARTMENT; FRED MERRICK; LORA CODY; and DOES 1-10, inclusive, <br><br> Defendants. | Case No.     2:20-cv-00769-KJD-DJA <br><br> **STIPULATION TO EXTEND SUMMARY JUDGMENT RESPONSE DEADLINES** <br> **(First Request)** |

Plaintiff, Keyherra Green ("Plaintiff") and Defendants Las Vegas Metropolitan Police Department, Fred Merrick and Lora Cody ("LVMPD Defendants"), and by and through their respective counsel, hereby stipulate, agree, and request that this Court extend the response deadlines for Plaintiff to respond to Defendants' Motions For Summary Judgment and for Defendants to respond to Plaintiff's Motion for Partial Summary Judgment from the current date of September 5, 2023 up to and including October 5, 2023.

1     This request for an extension is made in good faith and not for any improper purpose or for

2  the purpose of delay. This will allow the parties the necessary time to adequately oppose the

3  respective dispositive motions.

4

5     DATED this 29th day of August, 2023.

6

7

8  PETER GOLDSTEIN LAW CORP          KAEMPFER CROWELL

9  By:   /s/ Peter Goldstein          By:   /s/ Lyssa S. Anderson
       Peter Goldstein                      Lyssa S. Anderson
10      Nevada Bar No. 6992                  Nevada Bar No. 5781
       10161 Park Run Dr., Suite 150        Ryan Daniels
       Las Vegas, Nevada 89145              Nevada Bar No. 13094
11      – and –                             1980 Festival Plaza Drive, Suite 650
       MALCOLM P. LAVERGNE &                Las Vegas, NV  89135
12      ASSOC.                               **Attorneys for Defendants**
       Malcolm P. LaVergne                  **Las Vegas Metropolitan Police**
13      Nevada Bar No. 10121                 **Department, Fred Merrick, and Lora**
       400 S. Fourth St.                    **Cody**
14      Las Vegas, NV  89101
       **Attorneys for Plaintiff**
15

16

17

18

19     **IT IS SO ORDERED.**

20     DATED this _30th_ day of August, 2023.

21

22     _____
       UNITED STATES DISTRICT COURT JUDGE

23

24