1  Peter Goldstein [SBN 6992]
   PETER GOLDSTEIN LAW CORP
2  peter@petergoldsteinlaw.com
   10161 Park Run Drive, Suite 150
3  Las Vegas, Nevada 89145
   Telephone:     (702) 474-6400
4  Facsimile:     (888) 400-8799

5  Malcolm P. LaVergne [SBN 10121]
   mlavergne@lavergnelaw.com
6  400 South 4th Street, Suite 500
   Las Vegas, Nevada 89101
7  Telephone:     (702)448-7981
   Facsimile:     (702)966-3117
8
   *Attorneys for Plaintiff*
9  *KEYHERRA GREEN*

10
                          UNITED STATES DISTRICT COURT
11
                               DISTRICT OF NEVADA
12

13  KEYHERRA GREEN,                        Case No.    2:20-cv-00769-KJD-DJA

14              Plaintiff,
    vs.                                    STIPULATION TO EXTEND
15                                         RESPONSE DEADLINES FOR REPLIES
    LAS VEGAS METROPOLITAN POLICE          TO OPPOSITIONS TO MOTIONS FOR
16  DEPARTMENT; FRED MERRICK; LORA         SUMMARY JUDGMENT
    CODY; and DOES 1-10, inclusive,        (First Request)
17
                Defendants.
18

19      Plaintiff, Keyherra Green ("Plaintiff") and Defendants Las Vegas Metropolitan Police

20  Department, Fred Merrick and Lora Cody ("LVMPD Defendants"), and by and through their

21  respective counsel, hereby stipulate, agree, and request that this Court extend the response deadlines

22  for Plaintiff to reply to Defendants' Opposition to Plaintiff's Motion For Partial Summary Judgment

23  and for Defendants to reply to Plaintiff's Consolidated Opposition to Defendants' Two Motions for

24

Summary Judgment from the current date of October 19, 2023 up to and including November 17, 2023.

This request for an extension is based on the plaintiff's and defendants' counsels' deposition schedules in several other civil rights cases pending in United States court in the southern district of Nevada as well deposition schedules with respect to witnesses and parties in another case between the same lawyers, Mary Smith v LVMPD, Wellpath.

This request for an extension is made in good faith and joined by all the parties in this case. The extension will not delay the proceedings but will allow the parties the necessary time to litigate the case and adequately oppose the respective dispositive motions.

DATED this 9th day of October, 2023.

| PETER GOLDSTEIN LAW CORP | KAEMPFER CROWELL |
|---|---|
| By: /s/ Peter Goldstein<br>Peter Goldstein<br>Nevada Bar No. 6992<br>10161 Park Run Dr., Suite 150<br>Las Vegas, Nevada 89145<br>– and –<br>MALCOLM P. LAVERGNE & ASSOC.<br>Malcolm P. LaVergne<br>Nevada Bar No. 10121<br>400 S. Fourth St.<br>Las Vegas, NV  89101<br>**Attorneys for Plaintiff** | By: /s/ Lyssa S. Anderson<br>Lyssa S. Anderson<br>Nevada Bar No. 5781<br>Ryan Daniels<br>Nevada Bar No. 13094<br>1980 Festival Plaza Drive, Suite 650<br>Las Vegas, NV  89135<br>***Attorneys for Defendants Las Vegas Metropolitan Police Department, Fred Merrick, and Lora Cody*** |

**IT IS SO ORDERED.**

DATED this 11th day of October, 2023.

_____
UNITED STATES DISTRICT COURT JUDGE