LYSSA S. ANDERSON
Nevada Bar No. 5781
RYAN W. DANIELS
Nevada Bar No. 13094
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada  89135
Telephone:   (702) 792-7000
Fax:             (702) 796-7181
landerson@kcnvlaw.com
rdaniels@kcnvlaw.com

*Attorneys for Defendants*
*Las Vegas Metropolitan Police Department,*
*Fred Merrick, and Lora Cody*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KEYHERRA GREEN , | Case No.    2:20-cv-00769-KJD-DJA |
| Plaintiff, | |
| vs. | **STIPULATION TO EXTEND DEADLINES FOR REPLY TO OPPOSITIONS TO MOTIONS FOR SUMMARY JUDGMENT** |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT; FRED MERRICK; LORA CODY; and DOES 1-10, inclusive, | **(Second Request)** |
| Defendants. | |

Las Vegas Metropolitan Police Department, Fred Merrick and Lora Cody ("LVMPD Defendants"), and Plaintiff, Keyherra Green ("Plaintiff") by and through their respective counsel, hereby stipulate, agree, and request that this Court extend the response deadlines for Plaintiff to reply to Defendants' Opposition to Plaintiff's Motion for Partial Summary Judgment, [ECF No. 117], and for LVMPD Defendants to reply to Plaintiff's Oppositions to their Motions for Summary Judgment, [ECF Nos. 118 and 119] from the current deadline of November 17, 2023 to November 27, 2023.

/ / /

*KAEMPFER CROWELL*
*1980 Festival Plaza Drive*
*Suite 650*
*Las Vegas, Nevada  89135*

3586306_1.docx  6943.212

*Page 1 of 2*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

This request is based upon Counsel's heavy schedules in other matters including other brief deadlines, an Evidentiary Hearing, a full-day Mediation and personal matters.  Counsel needs a few extra days to finalize the replies and the week of November 20, 2023 is the Thanksgiving holiday.  This request is made in good faith by the parties in this case and is being submitted jointly.  The brief extension will not delay these proceedings.

DATED this 16th day of November, 2023.

KAEMPFER CROWELL

By:    /s/ *Lyssa S. Anderson*
   LYSSA S. ANDERSON
   Nevada Bar No. 5781
   RYAN W. DANIELS
   Nevada Bar No. 13094
   1980 Festival Plaza Drive
   Suite 650
   Las Vegas, Nevada 89135
   ***Attorneys for Defendant***
   ***Las Vegas Metropolitan Police***
   ***Department, Fred Merrick, and***
   ***Lora Cody***

PETER GOLDSTEIN LAW CORP

By:   /s/ *Peter Goldstein*
   Peter Goldstein
   Nevada Bar No. 6992
   10161 Park Run Dr., Ste. 150
   Las Vegas, NV  89145
   *– and –*
   MALCOM P. LAVERGNE & ASSOC.
   Malcom P. LaVergne
   Nevada Bar No. 10121
   400 S. Fourth St.
   Las Vegas, NV  89101
   ***Attorneys for Plaintiff***

**IT IS SO ORDERED.**

DATED this __17th__ day of November, 2023.

_____
UNITED STATES DISTRICT COURT JUDGE

3586306_1.docx  6943.212