AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

Keyherra Green,

JUDGMENT IN A CIVIL CASE

Plaintiff,

v.

Case Number: 2:20-cv-00769-KJD-DJA

Las Vegas Metropolitan Police
Department et al.,

Defendants.

___ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

X **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

JUDGMENT is entered in favor of Defendant Las Vegas Metropolitan Police Department on Plaintiff's Second Cause of Action—Municipal Liability for Unconstitutional Custom or Policy—and in favor of Defendants Fred Merrick and Lora Cody on Plaintiff's First Cause of Action—42 U.S.C. § 1983 Devereaux Claim, and against Plaintiff, Keyherra Green.

03/11/2024
_____
Date

DEBRA K. KEMPI
_____
Clerk

/s/ R. Gador
_____
Deputy Clerk