1  LYSSA S. ANDERSON
   Nevada Bar No. 5781
2  RYAN W. DANIELS
   Nevada Bar No. 13094
3  KAEMPFER CROWELL
   1980 Festival Plaza Drive, Suite 650
4  Las Vegas, Nevada  89135
   Telephone:   (702) 792-7000
5  Fax:              (702) 796-7181
   landerson@kcnvlaw.com
6  rdaniels@kcnvlaw.com

7  *Attorneys for Defendants*
   *Las Vegas Metropolitan Police Department,*
8  *Fred Merrick, and Lora Cody*

9

10                       UNITED STATES DISTRICT COURT

11                              DISTRICT OF NEVADA

12 | KEYHERRA GREEN ,                              | Case No.    2:20-cv-00769-KJD-DJA |

                    Plaintiff,
13 | vs.                                           | STIPULATION TO EXTEND DEADLINE
                                                    TO SUBMIT JOINT PRETRIAL ORDER
14 | LAS VEGAS METROPOLITAN POLICE
     DEPARTMENT; FRED MERRICK; LORA              | (First Request)
15 | CODY; and DOES 1-10, inclusive,

16 |                 Defendants.

17

18         The above-referenced parties, by and through their counsel of record, hereby agree and

19  request that the deadline for the parties to submit the Joint Pretrial Order, currently set for April

20  10, 2024, be extended for ninety (90) days so there is sufficient time for briefing to be completed

21  on Las Vegas Metropolitan Police Department, Fred Merrick and Lora Cody's ("LVMPD

22  Defendants"), Motion for Reconsideration filed at ECF No. 141, and for the Court to rule on the

23  Motion.  This is the first request regarding the deadline to file the Joint Pretrial Order between the

24  parties.

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

C:\Users\wla\NRPortbl\imanage\WLA\3694659_1.docx 6943.212

Page 1 of 2

As noted above, the LVMPD Defendants filed a Motion for Reconsideration on April 3, 2024, following this Court's ruling on dispositive motions. [ECF No. 141]. In addition, Plaintiff filed an appeal to the Ninth Circuit on April 9, 2024 with regard to the Court's Order on dispositive motions.

There is good cause to extend the deadline to submit a Joint Pretrial Order for ninety (90) days, up and to July 9, 2024. The Motion for Reconsideration is not yet fully briefed and the Court has not considered it. The parties believe it is in their best interest and the best interest of this Court to continue the deadline for the parties to submit the Joint Pre-Trial Order until the Motion is fully briefed and the Court has ruled on it. This will prevent any unnecessary confusion and/or efforts by the parties and Court that may be moot depending on the Court's ruling.

Based upon the forgoing, the parties make this request jointly and ask the Court to extend the deadline up and to July 9, 2024.

DATED this 10th day of April, 2024.

| KAEMPFER CROWELL | PETER GOLDSTEIN LAW CORP |
|---|---|
| By: /s/ *Lyssa S. Anderson*<br>LYSSA S. ANDERSON<br>Nevada Bar No. 5781<br>RYAN W. DANIELS<br>Nevada Bar No. 13094<br>1980 Festival Plaza Drive<br>Suite 650<br>Las Vegas, Nevada 89135<br>***Attorneys for Defendant Las Vegas Metropolitan Police Department, Fred Merrick, and Lora Cody*** | By: /s/ *Peter Goldstein*<br>Peter Goldstein<br>Nevada Bar No. 6992<br>10161 Park Run Dr., Ste. 150<br>Las Vegas, NV 89145<br>– *and* –<br>MALCOM P. LAVERGNE & ASSOC.<br>Malcom P. LaVergne<br>Nevada Bar No. 10121<br>400 S. Fourth St.<br>Las Vegas, NV 89101<br>***Attorneys for Plaintiff*** |

**IT IS SO ORDERED.**

DATED this __10th__ day of April, 2024.

_____
UNITED STATES DISTRICT COURT JUDGE

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

C:\Users\wla\NRPortbl\imanage\WLA\3694659_1.docx 6943.212

Page 2 of 2