1  Peter Goldstein [SBN 6992]
   PETER GOLDSTEIN LAW CORP
2  peter@petergoldsteinlaw.com
   10161 Park Run Drive, Suite 150
3  Las Vegas, Nevada 89145
   Telephone:     (702) 474-6400
4  Facsimile:      (888) 400-8799

5  Malcolm P. LaVergne [SBN 10121]
   mlavergne@lavergnelaw.com
6  400 South 4th Street, Suite 500
   Las Vegas, Nevada 89101
7  Telephone:     (702)448-7981
   Facsimile:      (702)966-3117

8

9  *Attorney for Plaintiff*
   *KEYHERRA GREEN*

10

11

12              **UNITED STATES DISTRICT COURT**

13                  **DISTRICT OF NEVADA**

14  KEYHERRA GREEN,                         | Case No. 2:20-cv-00769-KJD-DJA

15                        Plaintiff,        | **STIPULATION AND PROPOSED**
                                            | **ORDER TO EXTEND DATE FOR**
16                  vs.                     | **PLAINTIFFS TO FILE RESPONSE TO**
                                            | **DEFENDANTS MOTION FOR**
17  LAS VEGAS METROPOLITAN POLICE           | **RECONSIDERATION**
    DEPARTMENT, a political subdivision of the State
18  of Nevada and the County of Clark and operating
    CLARK COUNTY DETENTION CENTER           | **(First Request)**
19  (CCDC); NAPHCARE, INC., a foreign corporation,
    doing business in State of Nevada and is the Medical
20  Care Provider for the Clark County Detention
    Center; FRED MERRICK; LORA CODY;
21  MENENLYN ELIZAN; RAY MONTENEGRO;
    GWENDOLYN MYERS; and DOES 4-10, inclusive,
22
                          Defendants.
23

24       IT IS HEREBY STIPULATED AND AGREED between the parties by and through their

25  respective counsel, that this Court extend the responses deadline from the current date of April 15 to

26  April 22 for Plaintiff to file her response to defendants Motion for Reconsideration (ECF 141) of this

27  Court's Order regarding claim three, denying Defendants motion for summary judgment as to Plaintiffs

28  claim for malicious prosecution(ECF 141). This extension will not delay the case.  The extension will

                                    1

allow plaintiffs time to complete her response and is not made for any improper purpose. Plaintiff's counsel has numerous other deadlines and commitments including depositions this week with counsel who represent the defendants in this case in another case as well as extensive motion deadlines.

15th day of April 2024.

PETER GOLDSTEIN LAW CORP

By:    /s/ Peter Goldstein
       Peter Goldstein
       Nevada Bar No. 6992
       10161 Park Run Drive, Suite 150
       Las Vegas, Nevada 89145
       *-and-*
       MALCOM P. LAVERGNE & ASSOC.
       Malcom P. LaVergne
       Nevada Bar No. 10121
       400 South Fourth Street
       Las Vegas, Nevada 89101
       **Attorneys for Plaintiff**

KAEMPFER CROWELL

By:    /s Lyssa S. Anderson
       Lyssa S. Anderson
       Nevada Bar No. 5781
       Ryan W. Daniels
       Nevada Bar No. 13094
       1980 Festival Plaza Drive, Suite 650
       Las Vegas, Nevada 89135
       **Attorneys for Defendants**
       **Las Vegas Metropolitan Police**
       **Department, Fred Merrick and**
       **Lora Cody**

**IT IS SO ORDERED**

DATED this 15th day of April 2024

_____
UNITED STATES DISTRICT COURT JUDGE

1

**CERTIFICATE OF SERVICE**

2   I am employed in the County of Clark, State of Nevada.  I am over the age of eighteen years

3 and not a party to the within action; my business address is 10161 Park Run Drive, Suite 150, Las

4 Vegas, Nevada 89145.

5   I hereby certify that on this 15 day of April 15, 2024, a true and correct copy of the following

6 document **STIPULATION AND PROPOSED ORDER TO EXTEND TIME FOR**

7 **PLAINTIFFS TO FILE A RESPONSE TO DEFENDANTS MOTION FOR**

8 **RECONSIDERATION (First Request)** was served by electronically filing with the Court's

9 CM/ECF electronic filing system to the following parties:

10   Lyssa S. Anderson, Esq.

   Ryan W. Daniels, Esq.

11   Kristopher Kalkowski, Esq.

   Erika Parker, Esq.

12   Joseph Dagher, Esq.

   KAEMPFER CROWELL

13   1980 Festival Plaza Drive, Suite 650

   Las Vegas, Nevada 89135

14   Telephone: (702) 792-7000

   Facsimile: (702) 796-7181

15   Email: landerson@kcnvlaw.com

      rdaniels@kcnvlaw.com

16      EParker@kcnvlaw.com

      JDagher@kcnvlaw.com

17      wapplegate@kcnvlaw.com

      kkalkowski@kcnvlaw.com

18      BJacobs@kcnvlaw.com

   *Attorneys for Defendants*

19   *Las Vegas Metropolitan Police Department,*

   *Fred Merrick and Lora Cody*

20

21   I declare that I am employed in the office of a member of the bar of this Court at whose

22 direction the service was made.

23

24   By:_____

    An Employee of Peter Goldstein Law Corp

25

26

27

28