LYSSA S. ANDERSON
Nevada Bar No. 5781
RYAN W. DANIELS
Nevada Bar No. 13094
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada  89135
Telephone:   (702) 792-7000
Fax:              (702) 796-7181
landerson@kcnvlaw.com
rdaniels@kcnvlaw.com

*Attorneys for Defendants*
*Las Vegas Metropolitan Police Department,*
*Fred Merrick, and Lora Cody*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| KEYHERRA GREEN , | Case No.    2:20-cv-00769-KJD-DJA |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION TO EXTEND DEADLINE TO FILE REPLY IN SUPPORT OF MOTION FOR RECONSIDERATION OF THE COURT'S ORDER DENYING SUMMARY JUDGMENT ON PLAINTIFF'S MALICIOUS PROSECUTION CLAIM [ECF No. 136]** (First Request) |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT; FRED MERRICK; LORA CODY; and DOES 1-10, inclusive, | |
| Defendants. | |

Las Vegas Metropolitan Police Department, Fred Merrick and Lora Cody ("LVMPD Defendants"), and Plaintiff, Keyherra Green ("Plaintiff") by and through their respective counsel, hereby stipulate, agree, and request that this Court extend the deadline for the LVMPD Defendants to file a Reply in Support of Motion for Reconsideration of the Court's Order Denying Summary

/ / /

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

3705781_1.docx  6943.212

Page 1 of 2

1  Judgment on Plaintiff's Malicious Prosecution Claim, [ECF No. 136], from the current deadline
2  of April 29, 2024 to May 2, 2024.
3      This request is because Counsel for the LVMPD Defendants requires a few additional days
4  to prepare and file the Reply due to having a Settlement Conference on April 26, 2024 in another
5  matter; meetings related to an Internal Affairs Investigation Counsel is conducting April 29, 2024
6  thru May 1, 2024; and multiple deadlines in other matters.  This request is made in good faith by
7  the parties in this case and is being submitted jointly.  The brief extension will not delay these
8  proceedings.
9      DATED this 25th day of April, 2024.

| KAEMPFER CROWELL | PETER GOLDSTEIN LAW CORP |
|---|---|
| By: /s/ *Lyssa S. Anderson*<br>LYSSA S. ANDERSON<br>Nevada Bar No. 5781<br>RYAN W. DANIELS<br>Nevada Bar No. 13094<br>1980 Festival Plaza Drive<br>Suite 650<br>Las Vegas, Nevada 89135<br>**Attorneys for Defendants**<br>**Las Vegas Metropolitan Police**<br>**Department, Fred Merrick, and**<br>**Lora Cody** | By: /s/ *Peter Goldstein*<br>Peter Goldstein<br>Nevada Bar No. 6992<br>10161 Park Run Dr., Ste. 150<br>Las Vegas, NV  89145<br>– *and* –<br>MALCOM P. LAVERGNE & ASSOC.<br>Malcom P. LaVergne<br>Nevada Bar No. 10121<br>400 S. Fourth St.<br>Las Vegas, NV  89101<br>**Attorneys for Plaintiff** |

**IT IS SO ORDERED.**

DATED this 26th day of April, 2024.

_____
UNITED STATES DISTRICT COURT JUDGE

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

3705781_1.docx  6943.212

Page 2 of 2