1    LYSSA S. ANDERSON
     Nevada Bar No. 5781
2    RYAN W. DANIELS
     Nevada Bar No. 13094
3    KAEMPFER CROWELL
     1980 Festival Plaza Drive, Suite 650
4    Las Vegas, Nevada  89135
     Telephone:   (702) 792-7000
5    Fax:         (702) 796-7181
     landerson@kcnvlaw.com
6    rdaniels@kcnvlaw.com

7    *Attorneys for Defendants*
     *Las Vegas Metropolitan Police Department,*
8    *Fred Merrick, and Lora Cody*

9
                    **UNITED STATES DISTRICT COURT**
10
                        **DISTRICT OF NEVADA**
11

12   KEYHERRA GREEN ,                       Case No.    2:20-cv-00769-KJD-DJA

              Plaintiff,
13   vs.                                    **STIPULATION TO EXTEND DEADLINE**
                                            **TO SUBMIT JOINT PRETRIAL ORDER**
14   LAS VEGAS METROPOLITAN POLICE              **(Second Request)**
     DEPARTMENT; FRED MERRICK; LORA            **[ECF No. 146]**
15   CODY; and DOES 1-10, inclusive,

16            Defendants.

17

18        The above-referenced parties, by and through their counsel of record, hereby agree and

19   request that the deadline for the parties to submit the Joint Pretrial Order, currently set for July 9,

20   2024, be extended for ninety (90) days so there is sufficient time for the Court to rule on Las Vegas

21   Metropolitan Police Department, Fred Merrick and Lora Cody's ("LVMPD Defendants"), Motion

22   for Reconsideration filed at ECF No. 141.  This is the second request regarding the deadline to file

23   the Joint Pretrial Order between the parties.

24   / / /

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

3768906_1.docx  6943.212

Page 1 of 2

1    As noted above, the LVMPD Defendants filed a Motion for Reconsideration on April 3,

2  2024, following this Court's ruling on dispositive motions. [ECF No. 141]. Plaintiff filed a

3  response to the LVMPD Defendants' Motion, [ECF No. 150], and the LVMPD Defendants filed

4  their Reply, [ECF No. 153]. The Motion for Reconsideration is now fully briefed and pending.

5    There is good cause to extend the deadline to submit a Joint Pretrial Order for ninety (90)

6  days, up and to October 7, 2024. The Motion for Reconsideration is fully briefed; however, the

7  Court has not yet ruled on it. The parties believe it is in their best interest and the best interest of

8  this Court to continue the deadline for the parties to submit the Joint Pre-Trial Order until the Court

9  has ruled on the pending Motion for Reconsideration. This will prevent any unnecessary confusion

10  and/or efforts by the parties and Court that may be moot depending on the Court's ruling.

11    Based upon the foregoing, the parties make this request jointly and ask the Court to extend

12  the deadline up and to October 7, 2024.

13    DATED this 9th day of July, 2024.

14  KAEMPFER CROWELL                          PETER GOLDSTEIN LAW CORP

15  By:   /s/ Lyssa S. Anderson                By:   /s/ Peter Goldstein
        LYSSA S. ANDERSON                          Peter Goldstein
16      Nevada Bar No. 5781                        Nevada Bar No. 6992
        RYAN W. DANIELS                            10161 Park Run Dr., Ste. 150
        Nevada Bar No. 13094                       Las Vegas, NV 89145
17      1980 Festival Plaza Drive                  – and –
        Suite 650                                  MALCOM P. LAVERGNE & ASSOC.
18      Las Vegas, Nevada 89135                    Malcom P. LaVergne
        *Attorneys for Defendant*                  Nevada Bar No. 10121
19      *Las Vegas Metropolitan Police*            400 S. Fourth St.
        *Department, Fred Merrick, and*            Las Vegas, NV 89101
20      *Lora Cody*                                *Attorneys for Plaintiff*

21

22  **IT IS SO ORDERED.**

23    DATED this ___16___ day of July, 2024.

24                                                _____
                                                  UNITED STATES DISTRICT COURT JUDGE