LYSSA S. ANDERSON
Nevada Bar No. 5781
RYAN W. DANIELS
Nevada Bar No. 13094
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada  89135
Telephone:  (702) 792-7000
Fax:             (702) 796-7181
landerson@kcnvlaw.com
rdaniels@kcnvlaw.com

*Attorneys for Defendants*
*Las Vegas Metropolitan Police Department,*
*Fred Merrick, and Lora Cody*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KEYHERRA GREEN , <br><br> Plaintiff, <br><br> vs. <br><br> LAS VEGAS METROPOLITAN POLICE DEPARTMENT; FRED MERRICK; LORA CODY; and DOES 1-10, inclusive, <br><br> Defendants. | Case No.    2:20-cv-00769-KJD-DJA <br><br> **STIPULATION TO EXTEND DEADLINE TO SUBMIT JOINT PRETRIAL ORDER** <br> **(Third Request)** <br> **ECF No. 156** |

The above-referenced parties, by and through their counsel of record, hereby agree and request that the deadline for the parties to submit the Joint Pretrial Order, currently set for October 7, 2024, be extended until October 21, 2024 so that the parties can complete the draft Joint Pre-Trial Order.  This is the third request regarding the deadline to file the Joint Pretrial Order between the parties.

The parties have been diligently working and communicating to finalize a Joint Pre-Trial Order in this matter.  However, because of unforeseen issues and demanding schedules of Counsel,

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

3826977_1.docx  6943.212

Page 1 of 2

additional time is needed. Counsel for LVMPD Defendants traveled out of the Country for a planned family vacation and unfortunately, upon her return tested positive for COVID. Because of being ill, LVMPD Defendants' Counsel was limited in her ability to work. In addition, Plaintiff's Counsel has had a demanding schedule with briefing in other matters, depositions and hearings; as well as the LVMPD Defendants' Counsel also having briefing and depositions in other matters. The parties have a substantially complete draft of the Joint Pre-Trial Order drafted, but are still attempting to resolve issues related to its content to finalize it.

There is good cause to extend the deadline to submit a Joint Pretrial Order up until October 21, 2024 as stated above. The parties make this request jointly and request a brief extension.

DATED this 4th day of October, 2024.

| KAEMPFER CROWELL | PETER GOLDSTEIN LAW CORP |
|---|---|
| By: /s/ *Lyssa S. Anderson*<br>LYSSA S. ANDERSON<br>Nevada Bar No. 5781<br>RYAN W. DANIELS<br>Nevada Bar No. 13094<br>1980 Festival Plaza Drive<br>Suite 650<br>Las Vegas, Nevada 89135<br>***Attorneys for Defendant Las Vegas Metropolitan Police Department, Fred Merrick, and Lora Cody*** | By: /s/ *Peter Goldstein*<br>Peter Goldstein<br>Nevada Bar No. 6992<br>10161 Park Run Dr., Ste. 150<br>Las Vegas, NV  89145<br>– *and* –<br>MALCOM P. LAVERGNE & ASSOC.<br>Malcom P. LaVergne<br>Nevada Bar No. 10121<br>400 S. Fourth St.<br>Las Vegas, NV  89101<br>***Attorneys for Plaintiff*** |

**IT IS SO ORDERED.**

DATED this _8th day of October, 2024.

_____
UNITED STATES DISTRICT COURT JUDGE

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

3826977_1.docx  6943.212

Page 2 of 2