Peter Goldstein [SBN 6992]
PETER GOLDSTEIN LAW CORP
peter@petergoldsteinlaw.com
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone:     (702) 474-6400
Facsimile:     (888) 400-8799

Malcolm P. LaVergne [SBN 10121]
mlavergne@lavergnelaw.com
400 South 4th Street, Suite 500
Las Vegas, Nevada 89101
Telephone:     (702)448-7981
Facsimile:     (702)966-3117

*Attorney for Plaintiff*
*KEYHERRA GREEN*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KEYHERRA GREEN,<br><br>                    Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada and the County of Clark and operating CLARK COUNTY DETENTION CENTER (CCDC); NAPHCARE, INC., a foreign corporation, doing business in State of Nevada and is the Medical Care Provider for the Clark County Detention Center; FRED MERRICK; LORA CODY; MENENLYN ELIZAN; RAY MONTENEGRO; GWENDOLYN MYERS; and DOES 4-10, inclusive,<br><br>                    Defendants. | Case No. 2:20-cv-00769-KJD-DJA<br><br>**STIPULATION TO EXTEND DEADLINE TO SUBMIT JOINT PRETRIAL ORDER**<br><br>**(Fourth Request)** |

The above-referenced parties, by and through their counsel of record, hereby agree and request that the deadline for the parties to submit the Joint Pretrial Order, currently set for October 21, 2024, be extended until November 20, 2024 so that the parties can complete the draft Joint Pre-

1

1. Trial Order. This is the third request regarding the deadline to file the Joint Pretrial Order between the parties.

2. / / /

3. / / /

    The parties have been diligently working and communicating to finalize a Joint Pre-Trial Order in this matter. However, because of unforeseen issues and demanding schedules of Counsel, additional time is needed. Plaintiff's Counsel has had a demanding schedule with briefing in other matters, depositions and hearings and is working on responses to three dispositive motions; as well as the LVMPD Defendants' Counsel also having briefing and depositions in other matters. The parties have a substantially complete draft of the Joint Pre-Trial Order drafted, but are still attempting to resolve issues related to its content to finalize it.

    There is good cause to extend the deadline to submit a Joint Pretrial Order up until November 20, 2024 as stated above. The parties make this request jointly and request a brief extension.

    DATED this 15th day of October, 2024.

| KAEMPFER CROWELL | PETER GOLDSTEIN LAW CORP |
|---|---|
| By:  /s/ *Lyssa S. Anderson*<br>LYSSA S. ANDERSON<br>Nevada Bar No. 5781<br>RYAN W. DANIELS<br>Nevada Bar No. 13094<br>1980 Festival Plaza Drive<br>Suite 650<br>Las Vegas, Nevada 89135<br>***Attorneys for Defendant Las Vegas Metropolitan Police Department, Fred Merrick, and Lora Cody*** | By:  /s/ *Peter Goldstein*<br>Peter Goldstein<br>Nevada Bar No. 6992<br>10161 Park Run Dr., Ste. 150<br>Las Vegas, NV  89145<br>– and –<br>MALCOM P. LAVERGNE & ASSOC.<br>Malcom P. LaVergne<br>Nevada Bar No. 10121<br>400 S. Fourth St.<br>Las Vegas, NV  89101<br>***Attorneys for Plaintiff*** |

**IT IS SO ORDERED.**

DATED this 16th day of October, 2024.

_____
UNITED STATES DISTRICT COURT JUDGE

2