LYSSA S. ANDERSON
Nevada Bar No. 5781
RYAN W. DANIELS
Nevada Bar No. 13094
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada  89135
Telephone:   (702) 792-7000
Fax:              (702) 796-7181
landerson@kcnvlaw.com
rdaniels@kcnvlaw.com

*Attorneys for Defendants*
*Las Vegas Metropolitan Police Department,*
*Fred Merrick and Lora Cody*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KEYHERRA GREEN , <br><br> Plaintiff, <br><br> vs. <br><br> LAS VEGAS METROPOLITAN POLICE DEPARTMENT; FRED MERRICK; LORA CODY; and DOES 1-10, inclusive, <br><br> Defendants. | Case No.    2:20-cv-00769-KJD-DJA <br><br> **STIPULATION TO EXTEND DEADLINE TO SUBMIT JOINT PRETRIAL ORDER** <br> **(Fifth Request)** <br> **[ECF No. 161]** |

The above-referenced parties, by and through their counsel of record, hereby agree and respectfully request that the deadline for the parties to submit the Joint Pretrial Order, currently set for November 20, 2024, be extended for an additional thirty (30) days, until December 20, 2024 so that the parties can possibly attempt resolution of the remaining claims in this matter via private mediation.  This is the fifth request regarding the deadline to file the Joint Pretrial Order between the parties.

/ / /

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

3865106_1.docx  6943.212

Page 1 of 2

1  The parties have been diligently working and communicating to finalize the Joint Pre-Trial Order. While drafting the Joint Pre-Trial Order, the parties are discussing the possibility of a private mediation to resolve the remaining claims. In the event the matter is not resolved or a mediation is not conducted, the parties have a substantially complete draft of the Joint Pre-Trial Order. However, the parties respectfully request an additional extension of time so that they can explore possible settlement without spending additional time and expense in finalizing and submitting the Joint Pre-Trial Order.

There is good cause to extend the deadline to submit a Joint Pretrial Order up until December 20, 2024 as stated above. The parties make this request as it is in the best interest of the parties and the Court and the request is being made jointly.

DATED this <u>13th</u> day of November, 2024.

| KAEMPFER CROWELL | PETER GOLDSTEIN LAW CORP |
|---|---|
| By:  /s/ *Lyssa S. Anderson*<br>LYSSA S. ANDERSON<br>Nevada Bar No. 5781<br>RYAN W. DANIELS<br>Nevada Bar No. 13094<br>1980 Festival Plaza Drive<br>Suite 650<br>Las Vegas, Nevada 89135<br>**Attorneys for Defendant**<br>**Las Vegas Metropolitan Police**<br>**Department, Fred Merrick and**<br>**Lora Cody** | By:  /s/ *Peter Goldstein*<br>Peter Goldstein<br>Nevada Bar No. 6992<br>10161 Park Run Dr., Ste. 150<br>Las Vegas, NV  89145<br>– and –<br>MALCOM P. LAVERGNE & ASSOC.<br>Malcom P. LaVergne<br>Nevada Bar No. 10121<br>400 S. Fourth St.<br>Las Vegas, NV  89101<br>**Attorneys for Plaintiff** |

**IT IS SO ORDERED.**

DATED this 15th day of November, 2024.

_____
UNITED STATES DISTRICT COURT JUDGE

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

3865106_1.docx  6943.212

Page 2 of 2