LYSSA S. ANDERSON
Nevada Bar No. 5781
RYAN W. DANIELS
Nevada Bar No. 13094
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada  89135
Telephone:   (702) 792-7000
Fax:              (702) 796-7181
landerson@kcnvlaw.com
rdaniels@kcnvlaw.com

*Attorneys for Defendants*
*Las Vegas Metropolitan Police Department,*
*Fred Merrick and Lora Cody*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KEYHERRA GREEN , <br><br> Plaintiff, <br><br> vs. <br><br> LAS VEGAS METROPOLITAN POLICE DEPARTMENT; FRED MERRICK; LORA CODY; and DOES 1-10, inclusive, <br><br> Defendants. | Case No.   2:20-cv-00769-KJD-DJA <br><br> **STIPULATION TO EXTEND DEADLINE TO SUBMIT JOINT PRETRIAL ORDER** <br> **(Sixth Request)** <br> **[ECF No. 163]** |

The above-referenced parties, by and through their counsel of record, hereby agree and request that the deadline for the parties to submit the Joint Pretrial Order, currently set for December 20, 2024, be extended for an additional thirty (30) days, until January 20, 2025 so that the parties can continue to attempt resolution of the remaining claims via a possible mediation. This is the sixth request regarding the deadline to file the Joint Pretrial Order between the parties.

/ / /

/ / /

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

3879843_1.docx  6943.212

Page 1 of 2

1    The parties have been diligently working and communicating to finalize a Joint Pre-Trial Order in this matter.  As represented by the parties' prior request to extend this deadline, [ECF No. 162], the parties have been discussing a possible mediation to resolve the Plaintiff's claims without the need for a trial.  The attempts to reach an agreement have been delayed by the intervening holidays, bankruptcy issues in several of both counsel's active cases, and a LVMPD representative's personal leave.  The parties will work earnestly in attempting to reach an agreement and, if one is reached, to schedule a mediation within the additional time permitted by the Court in this stipulation.  Should the parties be unable to reach an agreement, the parties will file the Joint Pretrial Order.

There is good cause to extend the deadline to submit a Joint Pretrial Order up until January 20, 2025 as stated above.  The parties make this joint request as it is in the best interests of the parties and the Court.

DATED this <u>3rd</u> day of December, 2024.

| KAEMPFER CROWELL | PETER GOLDSTEIN LAW CORP |
|---|---|
| By:  */s/ Lyssa S. Anderson*<br>LYSSA S. ANDERSON<br>Nevada Bar No. 5781<br>RYAN W. DANIELS<br>Nevada Bar No. 13094<br>1980 Festival Plaza Drive<br>Suite 650<br>Las Vegas, Nevada 89135<br>**Attorneys for Defendant**<br>**Las Vegas Metropolitan Police**<br>**Department, Fred Merrick and**<br>**Lora Cody** | By:  */s/ Peter Goldstein*<br>Peter Goldstein<br>Nevada Bar No. 6992<br>10161 Park Run Dr., Ste. 150<br>Las Vegas, NV  89145<br>*– and –*<br>MALCOM P. LAVERGNE & ASSOC.<br>Malcom P. LaVergne<br>Nevada Bar No. 10121<br>400 S. Fourth St.<br>Las Vegas, NV  89101<br>**Attorneys for Plaintiff** |

**IT IS SO ORDERED.**

DATED this 5th day of December, 2024.

_____
UNITED STATES DISTRICT COURT JUDGE

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

3879843_1.docx  6943.212

Page 2 of 2