LYSSA S. ANDERSON
Nevada Bar No. 5781
RYAN W. DANIELS
Nevada Bar No. 13094
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada  89135
Telephone:   (702) 792-7000
Fax:             (702) 796-7181
landerson@kcnvlaw.com
rdaniels@kcnvlaw.com

*Attorneys for Defendants*
*Las Vegas Metropolitan Police Department,*
*Fred Merrick and Lora Cody*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KEYHERRA GREEN , | Case No.   2:20-cv-00769-KJD-DJA |
| Plaintiff, | |
| vs. | **STIPULATION TO EXTEND DEADLINE TO SUBMIT JOINT PRETRIAL ORDER** |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT; FRED MERRICK; LORA CODY; and DOES 1-10, inclusive, | **(Seventh Request)** |
| | **[ECF No. 165]** |
| Defendants. | |

The above-referenced parties, by and through their counsel of record, hereby agree and request that the deadline for the parties to submit the Joint Pretrial Order, currently set for January 20, 2025, be extended for an additional sixty (60) days, until March 20, 2025, so that the parties can attend a mediation in late February 2025 in an attempt to resolve this matter.  This is the seventh request regarding the deadline to file the Joint Pretrial Order between the parties.

/ / /

/ / /

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

3907032_1.docx  6943.212

Page 1 of 2

1  The parties have a substantially complete draft of a Joint Pre-Trial Order in this matter. However, as stated in the parties' prior requests to extend this deadline, they desire to attend a mediation in an attempt to resolve the remaining claims. The parties have coordinated with JAMS and have now agreed to a mediation with the Honorable Peggy A. Leen (Ret.) in late February 2025. If the parties are unsuccessful at resolving the matter at mediation, they will finalize the nearly complete draft Joint Pre-Trial Order and submit it to the Court.

There is good cause to extend the deadline to submit a Joint Pretrial Order up until March 20, 2025 as stated above. The parties make this joint request as it is in the best interests of the parties and the Court.

DATED this 15th day of January, 2025.

| KAEMPFER CROWELL | PETER GOLDSTEIN LAW CORP |
|---|---|
| By:  /s/ Lyssa S. Anderson<br>LYSSA S. ANDERSON<br>Nevada Bar No. 5781<br>RYAN W. DANIELS<br>Nevada Bar No. 13094<br>1980 Festival Plaza Drive<br>Suite 650<br>Las Vegas, Nevada 89135<br>**Attorneys for Defendant**<br>**Las Vegas Metropolitan Police Department, Fred Merrick and Lora Cody** | By:  /s/ Peter Goldstein<br>Peter Goldstein<br>Nevada Bar No. 6992<br>10161 Park Run Dr., Ste. 150<br>Las Vegas, NV  89145<br>– and –<br>MALCOM P. LAVERGNE & ASSOC.<br>Malcom P. LaVergne<br>Nevada Bar No. 10121<br>400 S. Fourth St.<br>Las Vegas, NV  89101<br>**Attorneys for Plaintiff** |

**IT IS SO ORDERED.**

DATED this 16th day of January, 2025.

_____
UNITED STATES DISTRICT COURT JUDGE

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

3907032_1.docx  6943.212

Page 2 of 2