LYSSA S. ANDERSON
Nevada Bar No. 5781
RYAN W. DANIELS
Nevada Bar No. 13094
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada  89135
Telephone:   (702) 792-7000
Fax:             (702) 796-7181
landerson@kcnvlaw.com
rdaniels@kcnvlaw.com

*Attorneys for Defendants*
*Las Vegas Metropolitan Police Department,*
*Fred Merrick and Lora Cody*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KEYHERRA GREEN , <br><br> Plaintiff, <br><br> vs. <br><br> LAS VEGAS METROPOLITAN POLICE DEPARTMENT; FRED MERRICK; LORA CODY; and DOES 1-10, inclusive, <br><br> Defendants. | Case No.    2:20-cv-00769-KJD-DJA <br><br> **STIPULATION TO EXTEND DEADLINE TO SUBMIT JOINT PRETRIAL ORDER** <br> **(Eighth Request)** <br> **[ECF No. 167]** |

The above-referenced parties, by and through their counsel of record, hereby agree and request that the deadline for the parties to submit the Joint Pretrial Order, currently set for March 20, 2025, be extended for an additional sixty (30) days, until April 21, 2025 so that the parties can attend a mediation on February 28, 2025 in an attempt to resolve this matter; and if resolved, finalize the terms.  This is the eighth request regarding the deadline to file the Joint Pretrial Order between the parties.

/ / /

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

3931960_1.docx  6943.212

Page 1 of 2

As stated in the parties multiple prior requests, the parties have a substantially complete draft of a Joint Pre-Trial Order in this matter, but desired to attend mediation with JAMS in an attempt to resolve the remaining claims in this matter. The parties have secured a date for a half-day mediation on February 28, 2025 and are hopeful that the remaining issues in this matter can be resolved. If the parties are able to reach a resolution, additional time will be needed to finalize the terms of any resolution. However, in the event the mediation is unsuccessful, the parties will finalize the nearly complete draft Joint Pre-Trial Order and submit it to the Court.

There is good cause to extend the deadline to submit a Joint Pretrial Order up until April 21, 2025 as stated above. The parties make this joint request as it is in the best interests of the parties and the Court.

DATED this 19th day of February, 2025.

| KAEMPFER CROWELL | PETER GOLDSTEIN LAW CORP |
|---|---|
| By: /s/ Lyssa S. Anderson<br>LYSSA S. ANDERSON<br>Nevada Bar No. 5781<br>RYAN W. DANIELS<br>Nevada Bar No. 13094<br>1980 Festival Plaza Drive<br>Suite 650<br>Las Vegas, Nevada 89135<br>***Attorneys for Defendant Las Vegas Metropolitan Police Department, Fred Merrick and Lora Cody*** | By: /s/ Peter Goldstein<br>Peter Goldstein<br>Nevada Bar No. 6992<br>10161 Park Run Dr., Ste. 150<br>Las Vegas, NV 89145<br>– and –<br>MALCOM P. LAVERGNE & ASSOC.<br>Malcom P. LaVergne<br>Nevada Bar No. 10121<br>400 S. Fourth St.<br>Las Vegas, NV 89101<br>***Attorneys for Plaintiff*** |

**IT IS SO ORDERED.**

DATED this 24th day of February, 2025.

_____
UNITED STATES DISTRICT COURT JUDGE

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

3931960_1.docx  6943.212

Page 2 of 2