LYSSA S. ANDERSON
Nevada Bar No. 5781
KRISTOPHER J. KALKOWSKI
Nevada Bar No. 14892
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone: (702) 792-7000
Fax: (702) 796-7181
landerson@kcnvlaw.com
kkalkowski@kcnvlaw.com

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KEYHERRA GREEN , <br><br> Plaintiff, <br> vs. <br><br> LAS VEGAS METROPOLITAN POLICE DEPARTMENT; FRED MERRICK; LORA CODY; and DOES 1-10, inclusive, <br><br> Defendants. | Case No. 2:20-cv-00769-KJD-DJA <br><br> **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Defendants, Las Vegas Metropolitan Police Department, Fred Merrick and Lora Cody ("LVMPD Defendants"), by and through their counsel, Kaempfer Crowell, and Keyherra Green ("Plaintiff"), by and through her counsel, Peter Goldstein Law Corp, stipulate and agree that all of Plaintiff's claims are hereby dismissed against all LVMPD Defendants, with prejudice, with each

/ / /

/ / /

/ / /

/ / /

/ / /

party to bear their own attorney fees and costs.

DATED this 30th day of April, 2025.

| KAEMPFER CROWELL | PETER GOLDSTEIN LAW CORP |
|---|---|
| By:   /s/ Lyssa S. Anderson<br>LYSSA S. ANDERSON<br>Nevada Bar No. 5781<br>KRISTOPHER J. KALKOWSKI<br>Nevada Bar No. 14892<br>1980 Festival Plaza Drive<br>Suite 650<br>Las Vegas, Nevada 89135<br>***Attorneys for Defendant Las Vegas Metropolitan Police Department, Fred Merrick and Lora Cody*** | By:   /s/ Peter Goldstein<br>Peter Goldstein<br>Nevada Bar No. 6992<br>10161 Park Run Dr., Ste. 150<br>Las Vegas, NV  89145<br>*– and –*<br>MALCOM P. LAVERGNE & ASSOC.<br>Malcom P. LaVergne<br>Nevada Bar No. 10121<br>400 S. Fourth St.<br>Las Vegas, NV  89101<br>***Attorneys for Plaintiff*** |

**IT IS SO ORDERED.**

DATED this 1st day of _May, 2025.

_____
UNITED STATES DISTRICT COURT JUDGE

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

3965666_1.docx  6943.212

Page 2 of 2